1  Robert V. Prongay (SBN 270796)
     rprongay@glancylaw.com
2  Charles H. Linehan (SBN 307439)
     clinehan@glancylaw.com
3  Pavithra Rajesh (SBN 323055)
     prajesh@glancylaw.com
4  **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160

7  *Counsel for Lead Plaintiff Movant Marcos Andre Turini Barroso and Proposed Lead Counsel for*
8  *the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HARIRAM SHANKAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYMERGEN INC., JOSH HOFFMAN, ENAKSHI SINGH, STEVEN CHU, JAY T. FLATLEY, CHRISTINE M. GORJANC, TRAVIS MURDOCH, MATTHEW A. OCKO, SANDRA E. PETERSON, ZACH SERBER, ROHIT SHARMA, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, COWEN AND COMPANY, LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, and LAZARD FRERES & CO. LLC,<br><br>Defendant. | Case No. 3:21-cv-06028-JD<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF MARCOS ANDRE TURINI BARROSO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:  November 18, 2021<br>Time:  10:00 a.m.<br>Crtrm.: 11, 19th Floor<br><br>Judge:  James Donato |

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:21-cv-06028-JD

I, Charles H. Linehan, declare as follows:

1. I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Marcos Andre Turini Barroso ("Barroso") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of the Motion of Marcos Andre Turini Barroso for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Notice published in *Business Wire* on August 4, 2021, announcing the pendency of this action;

Exhibit B: Signed PSLRA Certification of Barroso; and

Exhibit C: Financial interest analysis illustrating, *inter alia*, Barroso's losses resulting from transactions in Zymergen Inc. common stock;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 4, 2021, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On October 4, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4, 2021, at Los Angeles, California.

/s/ *Charles H. Linehan*
Charles H. Linehan