SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

ALISON JORDAN (SBN 311081)
alison.jordan@wilmerhale.com
MELISSA MCCALL (SBN 335761)
melissa.mccall@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber and Rohit Sharma*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARIRAM SHANKAR, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYMERGEN INC., JOSH HOFFMAN, ENAKSHI SINGH, STEVEN CHU, JAY T. FLATLEY, CHRISTINE M. GORJANC, TRAVIS MURDOCH, MATTHEW A. OCKO, SANDRA E. PETERSON, ZACH SERBER, ROHIT SHARMA, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, COWEN AND COMPANY, LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, and LAZARD FRERES & CO. LLC,<br><br>    Defendants. | Case No. 3:21-CV-06028-JD<br><br>**NOTICE AND [PROPOSED] ORDER SUBSTITUTING COUNSEL** |

1  Pursuant to Civil Local Rule 11-5 and subject to the approval by the Court, notice is hereby given that Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma (the "Zymergen Defendants") substitute the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") as attorneys of record in place of the law firm Freshfields Bruckhaus Deringer US LLP ("Freshfields") in the above-captioned matter.

It is hereby requested that effective immediately, all further pleadings, notices, and correspondence be directed to WilmerHale's attention at the addresses below:

>  SUSAN S. MUCK (SBN 126930)
>  susan.muck@wilmerhale.com
>  KEVIN P. MUCK (SBN 120918)
>  kevin.muck@wilmerhale.com
>  WILMER CUTLER PICKERING HALE AND DORR LLP
>  One Front Street, Suite 3500
>  San Francisco, CA 94111
>  Telephone: (628) 235-1000
>  Facsimile: (628) 235-1001
>
>  ALISON JORDAN (SBN 311081)
>  alison.jordan@wilmerhale.com
>  MELISSA MCCALL (SBN 335761)
>  melissa.mccall@wilmerhale.com
>  WILMER CUTLER PICKERING HALE AND DORR LLP
>  2600 El Camino Real, Suite 400
>  Palo Alto, CA 94306
>  Telephone: (650) 858-6000
>  Facsimile: (650) 858-6100

Accordingly, the Zymergen Defendants respectfully request that Freshfields be allowed to withdraw as counsel for the Zymergen Defendants and that the following Freshfields attorneys' names be removed from the Court's electronic mail notice list and counsel's service lists with respect to the above-captioned matter:

>  BORIS FELDMAN (SBN 128838)
>  boris.feldman@freshfields.com
>  DORU GAVRIL (SBN 282309)
>  doru.gavril@freshfields.com
>  DREW LIMING (SBN 305156)
>  drew.liming@freshfields.com
>  M. ABIGAIL WEST (SBN 324456)
>  abigail.west@freshfields.com
>  FRESHFIELDS BRUCKHAUS DERINGER US LLP
>  2710 Sand Hill Road
>  Menlo Park, CA 94025
>  Telephone: (650) 618-9250

Freshfields consents to being substituted.

DATED: October 8, 2021

/s/ *Boris Feldman*
Boris Feldman

FRESHFIELDS BRUCKHAUS DERINGER US LLP

Former Attorneys for Defendants *Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

WilmerHale consents to this substitution.

DATED: October 8, 2021

/s/ *Susan S. Muck*
Susan S. Muck

WILMER CUTLER PICKERING HALE AND DORR LLP

Attorneys for Defendants *Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

### Civil L.R. 5-1(i)(3) Attestation

In compliance with Civil Local Rule 5-1(i), I hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: October 8, 2021

/s/ *Susan S. Muck*
Susan S. Muck

### [PROPOSED] ORDER

The above substitution of counsel is hereby approved and **IT IS SO ORDERED**.

Dated:

The Honorable James Donato
United States District Judge