SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

ALISON C. JORDAN (SBN 311081)
alison.jordan@wilmerhale.com
MELISSA MCCALL (SBN 335761)
melissa.mccall@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber and Rohit Sharma*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARIRAM SHANKAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYMERGEN INC., JOSH HOFFMAN, ENAKSHI SINGH, STEVEN CHU, JAY T. FLATLEY, CHRISTINE M. GORJANC, TRAVIS MURDOCH, MATTHEW A. OCKO, SANDRA E. PETERSON, ZACH SERBER, ROHIT SHARMA, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO. LLC, COWEN AND COMPANY, LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, and LAZARD FRERES & CO. LLC,<br><br>Defendants. | Case No. 3:21-CV-06028-JD<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

1  WHEREAS, on August 4, 2021, plaintiff Hariram Shankar ("Plaintiff") filed a putative
2  securities class action complaint (the "Complaint") against defendants Zymergen Inc., Josh
3  Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch,
4  Matthew A. Ocko, Sandra E. Peterson, Zach Serber, Rohit Sharma, J.P. Morgan Securities LLC,
5  Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities
6  LLC, and Lazard Frères & Co. LLC (collectively, "Defendants") (ECF No. 1);

WHEREAS, the undersigned counsel for Defendants have agreed to accept service of the Complaint, subject to a reservation of all rights, claims, and defenses, including defenses to jurisdiction;

WHEREAS, the Complaint asserts federal securities claims arising under the Securities Act of 1933, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1, *et seq.*;

WHEREAS, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel following public notice of the Complaint (15 U.S.C. § 77z-1(a)(3)) and for which opening briefs were filed on October 4, 2021 (ECF Nos. 23-54);

WHEREAS, pursuant to the PSLRA (15 U.S.C. § 77z-1(b)(3)(B)), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary";

WHEREAS, on August 30, 2021, the parties filed a Stipulation and [Proposed] Order re Scheduling before Judge Joseph C. Spero, to whom the case was assigned (ECF No. 15);

WHEREAS, on August 31, 2021, the above-captioned action was re-assigned from Magistrate Judge Spero to this Court (ECF No. 21) which rendered the parties' scheduling stipulation moot;

WHEREAS, on September 1, 2021, this Court issued a Reassignment Order Setting Case Management Conference for November 4, 2021, and setting deadlines to file Case Management Statement and Rule 26(f) reports (ECF No. 22);

WHEREAS, the parties are required to file certifications regarding Alternative Dispute Resolution ("ADR") by October 15, 2021 (ECF Nos. 6, 21);

WHEREAS, to conserve the parties' and Court's resources prior to the appointment of lead plaintiff and lead counsel, the parties have agreed that, subject to the Court's approval, Defendants need not respond to the current Complaint;

WHEREAS, the parties believe that holding an Initial Case Management Conference and discussing ADR before the Court appoints a lead plaintiff and lead counsel would be premature; and

WHEREAS, with the exception of the moot scheduling stipulation filed before Judge Spero (ECF No. 15), no party has previously requested or received time for an extension to respond to the Complaint.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1. Defendants' counsel are authorized to accept, and hereby do accept, service of the Complaint (ECF No. 1) on behalf of Defendants, and expressly reserve all rights, claims, and defenses, including defenses related to jurisdiction.

2. Defendants shall not be required to answer, move, or otherwise respond to the Complaint, and shall not waive any rights, arguments, or defenses by failing to answer, move, or otherwise respond to the Complaint.

3. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, the parties will submit to the Court a proposed schedule for filing an amended complaint or designating an operative complaint and Defendants' response thereto.

4. The Initial Case Management Conference currently scheduled for November 4, 2021, along with all associated Case Management and ADR deadlines, are vacated.

DATED: October 13, 2021

/s/ *Susan S. Muck*
Susan S. Muck

WILMER CUTLER PICKERING HALE AND DORR LLP

*Attorneys for Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

DATED: October 13, 2021

/s/ *Charlene S. Shimada*

MORGAN, LEWIS & BOCKIUS LLP

Charlene S. Shimada (CA Bar No. 91407)
charlene.shimada@morganlewis.com
Lucy Wang (CA Bar No. 257771)
lucy.wang@morganlewis.com
Kevin M. Papay (CA Bar No. 274161)
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Attorneys for Defendants J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC*

DATED: October 13, 2021

/s/ *Pavithra Rajesh*

GLANCY PRONGAY & MURRAY LLP

Robert V. Prongay (SBN 270796)
rprongay@glancylaw.com
Charles Linehan (SBN 307439)
clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)

prajesh@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Attorneys for Plaintiff Hariram Shankar*

### Civil L.R. 5-1(i)(3) Attestation

In compliance with Civil Local Rule 5-1(i), I hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: October 13, 2021           /s/  *Susan S. Muck*

                                                 Susan S. Muck

### [PROPOSED] ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

Dated:

                                             The Honorable James Donato
                                             United States District Judge