ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARIRAM SHANKAR, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) | Case No. 3:21-cv-06028-JD |
| Plaintiff, | )<br>) | BIAO WANG'S NOTICE OF UNOPPOSED MOTION |
| vs. | )<br>)<br>) | DATE: November 18, 2021<br>TIME: 10:00 a.m. |
| ZYMERGEN INC., et al., | )<br>) | CTRM: 11, 19th Floor<br>JUDGE: Hon. James Donato |
| Defendants. | )<br>)<br>) | |

4873-5943-3472.v1

On October 4, 2021, six movants filed motions seeking appointment as lead plaintiff, and approval of selection of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) Biao Wang; (2) Adam Silver; (3) West Palm Beach Firefighters' Pension Fund ("WPBFPF"); (4) Zheng Yuechen Christophe; (5) Kuldip Nijjar; and (6) Marcos Andre Turini Barroso. *See* ECF Nos. 23, 27, 30, 35, 42, 49.

On October 7, 2021, Marcos Andre Turini Barroso filed a notice requesting to withdraw his lead plaintiff motion. *See* ECF No. 55. On October 14, 2021, Kuldip Nijjar filed a notice of non-opposition to the competing motions. *See* ECF No. 58. On October 18, 2021, Adam Silver filed a notice of non-opposition to the competing motions. *See* ECF No. 60.

On October 18, 2021, WPBFPF filed a response indicating that "WPBFPF recognizes that Wang has the largest loss and is, thus, the presumptive lead plaintiff under *In re Cavanaugh*, 306 F.3d 726, 734 (9th Cir. 2002)." ECF No. 61 at 1. WPBFPF therefore conceded that Mr. Wang possessed the largest financial interest and satisfied Rule 23. *See Cavanaugh*, 306 F.3d at 730 ("the presumptive lead plaintiff [is] the one who 'has the largest financial interest in the relief sought by the class' and 'otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure'") (quoting 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)). While WPBFPF pointed to its own qualifications and status as an institutional investor, it did not attempt to rebut Mr. Wang's presumptive lead plaintiff status. *See Cavanaugh*, 306 F.3d at 732 ("So long as the plaintiff with the largest losses satisfies the typicality and adequacy requirements, he is entitled to lead plaintiff status, even if the district court is convinced that some other plaintiff would do a better job.").

On October 18, 2021, Mr. Wang filed his Memorandum of Law in Opposition to Competing Lead Plaintiff Motions (ECF No. 62), which reiterated that Mr. Wang was the presumptive "most adequate plaintiff" because he possessed the largest financial interest in this litigation and because he otherwise satisfied the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.

Zheng Yuechen Christophe did not file an opposition brief to Mr. Wang's motion, and the deadline to do so elapsed on October 18, 221. Therefore, like the other competing movants, Zheng

Yuechen Christophe does not challenge Mr. Wang's status as the presumptive "modest adequate plaintiff" possessing the greatest financial interest in this litigation and otherwise satisfying Rule 23.

Likewise, none of the competing movants have attempted to rebut Mr. Wang's presumptive lead plaintiff status, and the deadline to do so has passed. *See In re Stitch Fix, Inc. Sec. Litig*., 393 F. Supp. 3d 833, 834-35 (N.D. Cal. 2019) ("the Court considers 'potential lead plaintiffs one at a time, starting with the one who has the greatest financial interest, and continuing in descending order *if and only if* the presumptive lead plaintiff is found inadequate or atypical'") (quoting *Cavanaugh*, 306 F.3d at 732) (emphasis added).

As the lack of opposition confirms, Mr. Wang: (1) timely filed his motion seeking appointment as lead plaintiff; (2) possesses the largest financial interest in this litigation; and (3) will fairly and adequately represent the interests of the putative class. *See* ECF Nos. 35, 62. Mr. Wang and his retained counsel also possess the resources and experience necessary to adequately represent the interests of the class in the related actions. *See* ECF No. 35 at 5-6.

Because the presumption in favor of appointing Mr. Wang as lead plaintiff has not been rebutted, Mr. Wang respectfully requests that his unopposed motion be granted.

DATED: October 25, 2021                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ


                                        s/ Michael Albert
                                       MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 25, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malbert@rgrdlaw.com

4873-5943-3472.v1

# Mailing Information for a Case 3:21-cv-06028-JD Shankar v. Zymergen Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Daniel E. Barenbaum**
  dbarenbaum@bermantabacco.com,sfservice@bermantabacco.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,edewan@scott-scott.com

- **Alison Clare Jordan**
  alison.jordan@wilmerhale.com

- **Nicole Catherine Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Jeffrey John Miles**
  jmiles@bermantabacco.com,sfservice@bermantabacco.com

- **Kevin Peter Muck**
  Kevin.Muck@wilmerhale.com,whdocketing@wilmerhale.com,joann.ambrosini@wilmerhale.com

- **Susan Samuels Muck**
  susan.muck@wilmerhale.com,Justin.Goodyear@wilmerhale.com,Rama.Attreya@wilmerhale.com,Alison.Jordan@wilmerhale.com,whdocketing@wilmerhale.com,Me
  muck-3159@ecf.pacerpro.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Kevin M Papay**
  kevin.papay@morganlewis.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Pavithra Rajesh**
  prajesh@glancylaw.com,pavithra-rajesh-9402@ecf.pacerpro.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Charlene Sachi Shimada**
  charlene.shimada@morganlewis.com

- **David Jay Stone**
  stone@bespc.com,ecf@bespc.com

- **Lucy Han Wang**
  lucy.wang@morganlewis.com,denise.floresmontes@morganlewis.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)