ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
      – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARIRAM SHANKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ZYMERGEN INC., et al.,<br><br>                    Defendants. | Case No. 3:21-cv-06028-JD<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

4856-3908-2504.v1

WHEREAS, on August 4, 2021, plaintiff Hariram Shankar filed a securities class action complaint against defendants Zymergen Inc. ("Zymergen"), Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, Rohit Sharma, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC (collectively, "Defendants") (the "Complaint") (ECF No. 1);

WHEREAS, the Complaint asserts federal securities claims arising under the Securities Act of 1933, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §77z-1, *et seq.*;

WHEREAS, on October 4, 2021, pursuant to the PSLRA, Biao Wang ("Wang") and five other Zymergen investors filed motions seeking appointment as lead plaintiff in this action (ECF Nos. 23-54);

WHEREAS, on December 20, 2021, the Court issued an Order Re Lead Plaintiff and Lead Counsel, appointing Wang as Lead Plaintiff, approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel, and directing the parties to file a proposed schedule for the filing of an amended complaint or designation of the original Complaint as operative, and Defendants' response thereto (ECF No. 69);

NOW, THEREFORE, it is stipulated and agreed among the undersigned parties, and respectfully submitted for the Court's approval, as follows:

1.      Lead Plaintiff shall file an amended complaint by February 24, 2022;

2.      Defendants shall file any motions to dismiss by April 25, 2022;

3.      Lead Plaintiff shall file his opposition briefing to any motions to dismiss by June 24, 2022;

1    4.    Defendants shall file reply briefing on any motions to dismiss by July 25, 2022;

2    IT IS SO STIPULATED.

3    DATED:  January 4, 2022                    ROBBINS GELLER RUDMAN
4                                                              & DOWD LLP
                                                       SHAWN A. WILLIAMS
5                                                       DANIEL J. PFEFFERBAUM

6
                                                              s/ Daniel J. Pfefferbaum
7                                                       DANIEL J. PFEFFERBAUM

8                                                       Post Montgomery Center
                                                       One Montgomery Street, Suite 1800
9                                                       San Francisco, CA  94104
                                                       Telephone:  415/288-4545
10                                                     415/288-4534 (fax)
                                                       shawnw@rgrdlaw.com
11                                                     dpfefferbaum@rgrdlaw.com

12                                                     ROBBINS GELLER RUDMAN
                                                              & DOWD LLP
13                                                     DANIELLE S. MYERS
                                                       JENNIFER N. CARINGAL
14                                                     MICHAEL ALBERT
                                                       JUAN CARLOS SANCHEZ
15                                                     655 West Broadway, Suite 1900
                                                       San Diego, CA  92101
16                                                     Telephone:  619/231-1058
                                                       619/231-7423 (fax)
17                                                     dmyers@rgrdlaw.com
                                                       jcaringal@rgrdlaw.com
18                                                     malbert@rgrdlaw.com
                                                       jsanchez@rgrdlaw.com
19
                                                       Lead Counsel for Lead Plaintiff
20
21   DATED:  January 4, 2022                    WILMER CUTLER PICKERING
                                                              & HALE AND DORR LLP
22                                                     SUSAN S. MUCK
                                                       KEVIN P. MUCK
23

24                                                            s/ Kevin P. Muck
25                                                     KEVIN P. MUCK

26
27
28

One Front Street, Suite 3500
San Francisco, CA  94111
Telephone:  628/235-1000
628/235-1001 (fax)
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com

MELISSA MCCALL
WILMER CUTLER PICKERING
  & HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  650/858-6000
650/858-6100 (fax)
melissa.mccall@wilmerhale.com

Attorneys for Defendants Zymergen Inc., Josh
Hoffman, Enakshi Singh, Steven Chu, Jay T.
Flatley, Christine M. Gorjanc, Travis Murdoch,
Matthew A. Ocko, Sandra E. Peterson, Zach
Serber, and Rohit Sharma

DATED:  January 4, 2022          MORGAN, LEWIS & BOCKIUS LLP
                                 CHARLENE S. SHIMADA
                                 KEVIN M. PAPAY


                                     s/ Charlene S. Shimada
                                  CHARLENE S. SHIMADA

                                 One Market, Spear Street Tower
                                 San Francisco, CA  94105
                                 Telephone:  415/442-1000
                                 charlene.shimada@morganlewis.com
                                 kevin.papay@morganlewis.com

                                 Attorneys for Defendants J.P. Morgan Securities
                                 LLC, Goldman Sachs & Co. LLC, Cowen and
                                 Company, LLC, BofA Securities, Inc., UBS
                                 Securities LLC, and Lazard Frères & Co. LLC

                          *        *        *

                         **O R D E R**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   January 7, 2022              _____
                                     THE HONORABLE JAMES DONATO
                                     UNITED STATES DISTRICT JUDGE