SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

PETER J. KOLOVOS (appearance *pro hac vice*)
peter.kolovos@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

*Attorneys for Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYMERGEN INC., et al.,<br><br>Defendants. | Case No. 3:21-cv-06028-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REVISING DEADLINES AND HEARING DATE FOR MOTION FOR CLASS CERTIFICATION** |

Plaintiffs Biao Wang and West Palm Beach Firefighters' Pension Fund (collectively, "Plaintiffs") and Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, Rohit Sharma, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC (collectively, "Defendants" and with Plaintiffs, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 11, 2023, the Parties filed a Joint Case Management Statement and Proposed Order that, among other things, proposed deadlines for the filing of a motion for class certification (April 6, 2023), opposition papers (May 18, 2023), and reply papers (June 22, 2023), and proposed a hearing date of July 6, 2023 (ECF No. 165);

WHEREAS, on January 18, 2023, following an initial case management conference, the Court entered an order that, among other things, set a deadline for the filing of a motion for class certification (April 6, 2023), set a hearing for July 6, 2023, and also required the parties to participate in mediation no later than May 17, 2023 (ECF No. 167);

WHEREAS, on April 6, 2023, Plaintiffs filed a motion for class certification (ECF No. 180);

WHEREAS, pursuant to the Court's order, the parties are scheduled to participate in a mediation on May 12, 2023 and, in light of that upcoming mediation, the parties believe that the interests of efficiency and economy would be served by modifying the deadlines for opposition and reply papers in connection with the pending motion for class certification, and rescheduling the hearing date accordingly;

WHEREAS, there have been four prior stipulations for extensions of time in this action, and all related to the time for Defendants to respond to pending complaints (ECF Nos. 15, 57, 71, 164), all of which were granted or did not require Court action;

WHEREAS, there have been no other time modifications in this case, and the Court has not limited the Parties' ability to request further extensions;

WHEREAS, the Parties' request herein does not require changes to other deadlines in this case;

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval by the Court, as follows:

1. The deadline for Defendants to file papers in opposition to the motion for class certification shall be extended until June 22, 2023;

2. The deadline for Plaintiffs to file reply papers in further support of the motion for class certification shall be extended until July 27, 2023;

3. The hearing on Plaintiffs' motion for class certification, currently set for July 6, 2023, shall be rescheduled to August 10, 2023 at 10:00 a.m. or such other date as the Court may order.

4. No other dates or deadlines shall be affected.

**IT IS SO STIPULATED.**

Dated:  April 21, 2023                WILMER CUTLER PICKERING
                                                        HALE AND DORR LLP

                                                        By:      */s/ Kevin P Muck*
                                                                       Kevin P. Muck

                                                        *Attorneys for Defendants Zymergen Inc., Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

Dated:  April 21, 2023                MORGAN, LEWIS & BOCKIUS LLP

                                                        By:      */s/ Charlene S. Shimada*
                                                                       Charlene S. Shimada

                                                        *Attorneys for Defendants J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC*

| | | |
|---|---|---|
| Dated: April 21, 2023 | | ROBBINS GELLER RUDMAN & DOWD LLP |

By:     */s/ Christopher Seefer*
             Christopher Seefer

*Attorneys for Lead Plaintiff Biao Wang*

Dated: April 21, 2023         BERMAN TABACCO

By:     */s/ Kristin Moody*
             Kristin Moody

*Attorneys for Plaintiff West Palm Beach Firefighters Pension Fund*

## CERTIFICATION

I, Kevin P. Muck, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REVISING DEADLINES AND HEARING DATE FOR MOTION FOR CLASS CERTIFICATION. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each other signatory has concurred in this filing.

Dated: April 21, 2023         */s/ Kevin P. Muck*
                                              Kevin P. Muck

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated: April 25, 2023

                                                  The Honorable Vince Chhabria
                                                  United States District Judge