UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAO WANG,<br><br>        Plaintiff,<br><br>      v.<br><br>ZYMERGEN INC., et al.,<br><br>        Defendants. | Case No. 21-cv-06028-VC<br><br>**ORDER GRANTING MOTION TO CERTIFY CLASS**<br><br>Re: Dkt. No. 180 |

      The unopposed motion to certify the class, appoint the class representative, and appoint class counsel is granted. As the motion defines it, the certified class consists of persons and entities that purchased or otherwise acquired Zymergen Inc. common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with Zymergen's April 2021 initial public offering. *See* Dkt. No. 180 at 6–7.

      **IT IS SO ORDERED.**

Dated: August 11, 2023

VINCE CHHABRIA
United States District Judge