UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAO WANG,,<br><br>    Plaintiff,<br><br>v.<br><br>ZYMERGEN INC., et al.,<br><br>    Defendants. | Case No. 21-cv-06028-PCP (SVK)<br><br>**ORDER RE DECLARATIONS FILED IN RESPONSE TO ORDER FOLLOWING MARCH 12, 2024 DISCOVERY HEARING**<br><br>Re: Dkt. No. 375 |

In the Order Following March 12, 2024 Discovery Hearing (Dkt. 335), the Court ordered searches for relevant documents of the text messages of 5 custodians who are employees of Underwriter Defendants ("UWD") and ordered that "for any of the 5 for whom no documents are produced, UWD must provide declarations that conform with Dkt. 271 sections (1)(a-f); and (2)(a-c); (g)." On April 9, 2024, UWDs filed four employee declarations and an attorney declaration, in compliance with Dkt. 335. Dkt. 375. The declarations address the issues of production of custodial text messages raised at the hearings on February 8, 2024 and March 12, 2024 to the Court's satisfaction, and the Court will take no further action on those issues.

**SO ORDERED.**

Dated: April 18, 2024

SUSAN VAN KEULEN
United States Magistrate Judge