KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
GIAN P. GUALCO-NELSON (SBN 337284)
gian.gualco-nelson@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

PETER J. KOLOVOS (appearance pro hac vice)
peter.kolovos@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

[Additional counsel omitted]

*Attorneys for Defendants Zymergen Inc., Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZYMERGEN INC., et al., <br><br> Defendants. | Case No. 5:21-cv-06028-PCP <br><br> **DECLARATION OF SUSAN S. MUCK IN SUPPORT OF DEFENDANTS' DISCOVERY SUBMISSION** <br><br> Judge: Hon. S. Van Keulen |

1  I, Susan S. Muck, declare as follows:

2  1. I am an attorney admitted to practice before this Court and a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for defendants Zymergen Inc. ("Zymergen" or "the Company"), Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma (together, the "Zymergen Defendants"). I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently thereto.

2. In June 2021, Zymergen retained Boersch & Ilovsky LLP ("Boersch") to conduct an internal investigation.

3. On November 19, 2021, I participated (as counsel for the Company) in a meeting regarding Zymergen with counsel from Boersch and representatives of the Securities and Exchange Commission ("SEC").

4. At this meeting, Boersch explained the nature of its assignment to the SEC, provided an overview of its investigatory processes, and made an oral presentation to the SEC during which it shared and discussed certain underlying source documents – non-privileged pre-investigation company communications and board presentations. The documents that Boersch shared and discussed with the SEC during this meeting have already been produced to the Plaintiffs in this action.

5. Boersch and Zymergen did not produce, in whole or in part, Boersch's internal notes, interview memoranda, or any other written work product regarding the investigation to the SEC.

6. Exhibit A to the parties' Joint Discovery Statement Concerning Company Defendants' Privilege Log identifies thirteen entries in the category of "Internal Investigation Documents." Dkt. 452-1 at 93. Those thirteen documents have not been shared with the SEC.

DECLARATION OF SUSAN S. MUCK                               Case No.: 5:21-cv-06028-PCP

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Tiburon, California this 3rd day of January, 2025.

*/s/ Susan S. Muck*
Susan S. Muck

### ATTESTATION (L.R. 5-1(i)(3))

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. Dated: January 3, 2025.

/s/ Peter J. Kolovos

Peter J. Kolovos

- 3 -

DECLARATION OF SUSAN S. MUCK    Case No.: 5:21-cv-06028-PCP