ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
agilchrist@rgrdlaw.com
  – and –
JUAN CARLOS SANCHEZ (301834)
PATTON L. JOHNSON (320631)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>                Defendants. | Case No. 5:21-cv-06028-PCP<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE SCHEDULE |

4938-0391-9632.v1

1  Lead Plaintiff Bio Wang ("Plaintiff") and Defendants[1] (together, the "Parties") respectfully
2  submit this Joint Stipulation and [Proposed] Order for Limited Modification of the Case Schedule to
3  permit two party depositions to occur within 28 days of the previously established fact discovery
4  cutoff.  No other discovery is being permitted after the previously established January 31, 2025 Fact
5  Discovery Cutoff.  The Parties hereby stipulate by and through their respective counsel of record as
6  follows:
7  WHEREAS, on April 1, 2024, the Court entered a Case Management Order setting a
8  schedule for this case (ECF 364);
9  WHEREAS, pursuant to the Case Management Order the Fact Discovery Cutoff is
10 January 31, 2025;
11 WHEREAS, Plaintiff timely sought the depositions of defendants Matthew A. Ocko
12 ("Ocko") and Rohit Sharma ("Sharma") prior to the fact discovery cutoff;
13 WHEREAS, due to the deponents' professional obligations, counsels' obligations in another
14 matter, as well as Ocko's preference to be deposed in Austin, Texas, where he resides, it is not
15 feasible to complete these depositions by the January 31, 2025 discovery cutoff; and
16 WHEREAS, good cause exists to extend the Fact Discovery Cutoff for the limited purpose to
17 allow the depositions of Ocko and Sharma to occur in February 2025, Defendants have proposed that
18 Ocko's deposition be held in Austin, Texas, on February 6, 2025, and Sharma's deposition will be
19 held in San Francisco, California, on February 28, 2025, and Plaintiff has agreed to depose Ocko and
20 Sharma on these dates.
21 NOW, THEREFORE, it is stipulated and agreed among the Parties, and respectfully
22 submitted for the Court's approval, that the depositions of defendants Ocko and Sharma can occur

---

[1] "Defendants" refers to all the defendants in this case: Zymergen, Inc., Josh Hoffman, Enakshi Singh, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, Rohit Sharma, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, Lazard Frères & Co. LLC., SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) L.P., SB Investment Advisers (US) Inc., Data Collective II, L.P., DCVC Opportunity Fund, L.P., DCVC Management Co, LLC, True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., and True Venture Management, L.L.C.

JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE
SCHEDULE - 5:21-cv-06028-PCP
4938-0391-9632.v1

- 1 -

1  on February 6, 2025 and February 28, 2025, respectively, or at another date agreed to by the Parties
2  past the Fact Discovery Cutoff but no later than February 28, 2025.

3  DATED: January 27, 2025                    ROBBINS GELLER RUDMAN & DOWD LLP
                                              SHAWN A. WILLIAMS
4                                             DANIEL J. PFEFFERBAUM
                                              ALAINA L. GILCHRIST
5

6
                                                      s/ Daniel J. Pfefferbaum
7                                             ─────────────────────────────
                                                   DANIEL J. PFEFFERBAUM
8
                                              Post Montgomery Center
9                                             One Montgomery Street, Suite 1800
                                              San Francisco, CA  94104
10                                            Telephone:  415/288-4545
                                              415/288-4534 (fax)
11                                            shawnw@rgrdlaw.com
                                              dpfefferbaum@rgrdlaw.com
12                                            agilchrist@rgrdlaw.com

13
                                              ROBBINS GELLER RUDMAN & DOWD LLP
14                                            JUAN CARLOS SANCHEZ
                                              PATTON L. JOHNSON
15                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101
16                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
17                                            jsanchez@rgrdlaw.com
                                              pjohnson@rgrdlaw.com
18

19                                            Counsel for Plaintiffs

20                                            BERMAN TABACCO
21                                            NICOLE LAVALLEE (SBN 165755)
                                              KRISTIN J. MOODY (SBN 206326)
22                                            JEFFREY V. ROCHA (SBN 304852)
                                              425 California Street, Suite 2300
23                                            San Francisco, CA  94104
                                              Telephone:  415/433-3200
24                                            415/433-6382 (fax)
25                                            nlavallee@bermantabacco.com
                                              kmoody@bermantabacco.com
26                                            jrocha@bermantabacco.com

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE
SCHEDULE - 5:21-cv-06028-PCP                                                           - 2 -
4938-0391-9632.v1

|   |   |
|---|---|
|   | BERMAN TABACCO |
|   | LESLIE R. STERN |
|   | PATRICK T. EGAN |
|   | One Liberty Square |
|   | Boston, MA  02109 |
|   | Telephone:  617/542-8300 |
|   | 617/542-1194 (fax) |
|   | lstern@bermantabacco.com |
|   | pegan@bermantabacco.com |
|   |   |
|   | Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund |
|   |   |
|   | KLAUSNER, KAUFMAN, JENSEN & LEVINSON |
|   | ROBERT D. KLAUSNER |
|   | BONNI S. JENSEN |
|   | 7080 NW 4th Street |
|   | Plantation, FL  33317 |
|   | Telephone:  954/916-1202 |
|   | 954/916-1232 (fax) |
|   | bob@robertdklausner.com |
|   | bonni@robertdklausner.com |
|   |   |
|   | Board Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund |
| DATED:  January 27, 2025 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | PETER J. KOLOVOS |
|   | ERIKA M. SCHUTZMAN |
|   | BETH E. BOOKWALTER |
|   |   |
|   | s/ Peter J. Kolovos |
|   | PETER J. KOLOVOS |
|   |   |
|   | 60 State Street |
|   | Boston, MA  02109 |
|   | Telephone:  617/526-6000 |
|   | peter.kolovos@wilmerhale.com |
|   | erika.schutzman@wilmerhale.com |
|   | beth.bookwalter@wilmerhale.com |

| | |
|---|---|
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | SUSAN S. MUCK |
| | KEVIN P. MUCK |
| | GIAN P. GUALCO-NELSON |
| | MELISSA McCALL |
| | 50 California Street, Suite 3600 |
| | San Francisco, CA 94111 |
| | Telephone: 628/235-1000 |
| | susan.muck@wilmerhale.com |
| | kevin.muck@wilmerhale.com |
| | gian.gualco-nelson@wilmerhale.com |
| | melissa.mccall@wilmerhale.com |
| | |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | CHRIS JOHNSTONE |
| | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| | Telephone: 650/858-6000 |
| | chris.johnstone@wilmerhale.com |
| | |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | JEREMY T. ADLER |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: 212/230-8800 |
| | jeremy.adler@wilmerhale.com |
| | |
| | Attorneys for Zymergen, Inc. and Directors Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Server, and Rohit Sharma |
| DATED: January 27, 2025 | MORRISON & FOERSTER LLP |
| | RYAN M. KEATS |
| | MICHAEL KOMOROWSKI |
| | CHRISTINA E. DIEROLF |
| | DAVID J. WIENER |
| | |
| | s/ Ryan M. Keats |
| | RYAN M. KEATS |

```
                                        425 Market Street
                                        San Francisco, CA  94105
                                        Telephone:  415/268-7000
                                        415/268-7522 (fax)
                                        rkeats@mofo.com
                                        mkomorowski@mofo.com
                                        cdierolf@mofo.com
                                        dwiener@mofo.com

                                        Attorneys for Defendant Enakshi Singh

DATED:  January 27, 2025                EHRLICH & CRAIG LLP
                                        MILES F. EHRLICH
                                        AMY E. CRAIG
                                        EMILY E. BERRY
                                        ALEXANDER SETZEPFANDT


                                                    s/ Amy E. Craig
                                                   AMY E. CRAIG

                                        803 Hearst Avenue
                                        Berkeley, CA  94710
                                        Telephone:  510/548-3600
                                        510/291-3060 (fax)
                                        miles@ehrlich-craig.com
                                        amy@ehrlich-craig.com
                                        emily@ehrlich-craig.com
                                        alex@ehrlich-craig.com

                                        Attorneys for Defendant Josh Hoffman

DATED:  January 27, 2025                MORGAN, LEWIS & BOCKIUS LLP
                                        MICHAEL L. KICHLINE


                                                 s/ Michael L. Kichline
                                                MICHAEL L. KICHLINE

                                        2222 Market Street
                                        Philadelphia, PA  19103
                                        Telephone:  215/963-5000
                                        michael.kichline@morganlewis.com
```

JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE
SCHEDULE - 5:21-cv-06028-PCP                                                         - 5 -
4938-0391-9632.v1

|   |   |   |
|---|---|---|
| | | MORGAN, LEWIS & BOCKIUS LLP
CHARLENE S. SHIMADA
KEVIN M. PAPAY
ALYSE J. RIVETT
ROBERT H. O'LEARY
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105
Telephone: 415/442-1000
charlene.shimada@morganlewis.com
kevin.papay@morganlewis.com
ali.rivett@morganlewis.com
bob.oleary@morganlewis.com

Attorneys for Underwriter Defendants J.P. Morgan Securities, LLC, Goldman Sachs & Co. LLC, Cowan and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC |
| DATED: January 27, 2025 | | GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998


_____s/ Michael D. Celio_____
MICHAEL D. CELIO

310 University Avenue
Palo Alto, CA 94301
Telephone: 650/849-5300
650/849-5333 (fax)
mcelio@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN, SBN 303289
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415/393-8200
415/393-8306 (fax)
mjkahn@gibsondunn.com

Attorneys for Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC |

JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE SCHEDULE - 5:21-cv-06028-PCP
4938-0391-9632.v1

- 6 -

| | | |
|---|---|---|
| 1 | DATED: January 27, 2025 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | | LINDA J. BREWER (SBN 217730) |

s/ Linda J. Brewer<br>LINDA J. BREWER

50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: 415/875-6600
415/875-6700 (fax)
lindabrewer@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN LLP
HARRY A. OLIVAR, JR (SBN 143089)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: 213/443-3000
213/443-3100 (fax)
harryolivar@quinnemanuel.com

Attorneys for Defendants SVF Endurance (Cayman) Ltd., SVF Excalibur (Cayman) Ltd., SoftBank Vision Fund (AIV M1) LP and SB Investment Advisers (US) Inc.

DATED: January 27, 2025

GOODWIN PROCTER LLP
JONATHAN A SHAPIRO (SBN 257199)
HAYES P. HYDE (SBN 308031)
NICOLE KIM (SBN 324698)
DANIEL ROESER (*Pro Hac Vice*)
VALERIE A. HAGGANS (*Pro Hac Vice*)

s/ Valerie A. Haggans<br>VALERIE A. HAGGANS

JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE SCHEDULE - 5:21-cv-06028-PCP
4938-0391-9632.v1

- 7 -

|   |   |
|---|---|
| 1 | The New York Times Building |
| 2 | 620 Eighth Avenue |
|   | New York, NY 10018 |
| 3 | Telephone: 212/813 8800 |
|   | 212/355 33 (fax) |
| 4 | jshapiro@goodwinlaw.com |
|   | hhyde@goodwinlaw.com |
| 5 | nicolekim@goodwinlaw.com |
|   | droeser@goodwinlaw.com |
| 6 | vhaggans@goodwinlaw.com |

Attorneys for Defendants True Ventures IV, L.P.; True Ventures Select I, L.P.; True Ventures Select II, L.P.; True Ventures Select III, L.P.; True Ventures Select IV, L.P.; and True Venture Management, L.L.C.

\* \* \*

### [PROPOSED] O R D E R

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, DANIEL J. PFEFFERBAUM, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: January 27, 2025

                                                     s/ Daniel J. Pfefferbaum
                                                     DANIEL J. PFEFFERBAUM