UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAO WANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZYMERGEN INC., et al., <br><br> Defendants. | Case No. 21-cv-06028-PCP  (SVK) <br><br> **ORDER RE IN CAMERA REVIEW OF ADDITIONAL REDACTED DOCUMENTS** |

This Order relates to the Underwriters' privilege waiver issue identified in the Court's previous Order at Dkt. 483.  The Court has concluded its in camera review of the fifteen documents selected by Plaintiff's counsel ("Reviewed Documents").  As forewarned by the Underwriters, some of the Reviewed Documents reflect the same email chain with identical redactions.  Accordingly, the Court will review an additional 15 documents which contain unique redactions.  As before, Plaintiffs will select the documents.  The next step will be for the Defendants to inform Plaintiffs of any duplicates (same email chain;  same redactions), in which case Plaintiffs may select alternate documents.  The Parties are to work diligently to complete this process and submit the documents to the Court in the same manner and format as before **no later than February 4, 2025**.

     **SO ORDERED.**

Dated: January 29, 2025

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge