KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
GIAN P. GUALCO-NELSON (SBN 337284)
gian.gualco-nelson@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

PETER J. KOLOVOS (appearance pro hac vice)
peter.kolovos@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

[Additional counsel omitted]

*Attorneys for Defendants Zymergen Inc., Steven Chu,
Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch,
Matthew A. Ocko, Sandra E. Peterson,
Zach Serber, and Rohit Sharma*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ZYMERGEN INC., et al., <br><br> Defendants. | Case No. 5:21-cv-06028-PCP <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR LIMITED MODIFICATION OF THE CASE SCHEDULE** <br><br> Judge: The Honorable Casey Pitts |

Lead Plaintiff Biao Wang ("Plaintiff") and the Stipulating Defendants[1] (together, the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order for Limited Modification of the Case Schedule to permit Stipulating Defendants, if necessary, to move to compel via joint discovery statement on Plaintiff's interrogatory responses by March 11, 2025. The Parties hereby stipulate by and through their respective counsel of record as follows:

WHEREAS, on April 1, 2024, the Court entered a Case Management Order setting a schedule for this case (ECF 364);

WHEREAS, pursuant to the Case Management Order, the Fact Discovery Cutoff was January 31, 2025;

WHEREAS, pursuant to the Case Management Order, discovery motions must be filed no more than seven days after the applicable discovery cutoff, or February 7, 2025;

WHEREAS, Stipulating Defendants served certain interrogatories on December 19, 2023;

WHEREAS, Plaintiff provided responses and objections to those interrogatories on January 23, 2024;

WHEREAS, Plaintiff provided supplemental responses and objections to those interrogatories on January 23, 2025;

WHEREAS, Plaintiff separately met and conferred with Stipulating Defendants during the week of February 3, 2025 regarding the adequacy of Plaintiff's interrogatory responses, and agreed to provide supplemental responses to the following interrogatories ("the Disputed Interrogatories") by February 25, 2025:

- **Director Defendants**[2]: Interrogatory Nos. 10-11
- **Defendant Enakshi Singh**: Interrogatory Nos. 2-3
- **Defendant Josh Hoffman**: Interrogatory Nos. 1-2

---

[1] "Stipulating Defendants" refers to: Josh Hoffman, Enakshi Singh, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma.

[2] The Director Defendants include Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma.

1  WHEREAS, the Parties have agreed that Stipulating Defendants shall have until March 11,
2  2025 to move to compel via joint discovery statement on the supplemental responses to the above
3  specified interrogatories, if necessary; and

4  WHEREAS, the Parties agree that good cause exists to extend the Fact Discovery Cutoff
5  for the limited purpose of allowing Stipulating Defendants, if necessary, to bring one or more
6  motions via joint discovery statement in connection with Plaintiff's forthcoming supplemental
7  interrogatory responses;

8  NOW, THEREFORE, it is stipulated and agreed among the Parties, and respectfully
9  submitted for the Court's approval, that Stipulating Defendants shall have until March 11, 2025 to
10 move to compel via joint discovery statement on Plaintiff's supplemental responses to the Disputed
11 Interrogatories.

DATED: February 7, 2025

WILMER CUTLER PICKERING
    HALE AND DORR LLP

By:  /s/ Peter J. Kolovos
     Peter J. Kolovos

KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
GIAN P. GUALCO-NELSON (SBN 337284)
gian.gualco-nelson@wilmerhale.com
MELISSA A. MCCALL (SBN 335761)
melissa.mccall@wilmerhle.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
CHRISTOPHER W. JOHNSTONE (SBN 242152)

JOINT STIPULATION
AND [PROPOSED] ORDER        - 2 -        Case No. 5:21-cv-06028-PCP

christopher.johnstone@wilmerhale.com
2600 El Camino Real, Ste 400,
Palo Alto, CA 94306-1719
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

PETER J. KOLOVOS (appearance *pro hac vice*)
peter.kolovos@wilmerhale.com
BETH E. BOOKWALTER (appearance *pro hac vice*)
beth.bookwalter@wilmerhale.com
JOCELYN M. KEIDER (appearance *pro hac vice*)
jocelyn.keider@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

JEREMY TODD ADLER (appearance *pro hac vice*)
Jeremy.Adler@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendants Zymergen Inc., Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

DATED:  February 7, 2025        ROBBINS GELLER RUDMAN & DOWD LLP


*/s/ Daniel J. Pfefferbaum*
DANIEL J. PFEFFERBAUM

---

JOINT STIPULATION
AND [~~PROPOSED~~] ORDER     - 3 -     Case No. 5:21-cv-06028-PCP

|   |   |   |
|---|---|---|
| 1 | | Shawn A. Williams |
| 2 | | Daniel J. Pfefferbaum |
|   | | Alaina A. Gilchrist |
| 3 | | Post Montgomery Center |
|   | | One Montgomery Street, Suite 1800 |
| 4 | | San Francisco, CA  94104 |
|   | | Telephone:  415/288-4545 |
| 5 | | 415/288-4534 (fax) |
|   | | shawnw@rgrdlaw.com |
| 6 | | dpfefferbaum@rgrdlaw.com |
|   | | agilchrist@rgrdlaw.com |

Juan Carlos Sanchez
Patton L. Johnson
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Lead Plaintiff

DATED:  February 7, 2025          MORRISON & FOERSTER LLP


                                  /s/ Michael Komorowskio
                                  Michael Komorowski

                                  Ryan M. Keats
                                  Michael Komorowski
                                  Christina E. Dierolf
                                  David J. Wiener
                                  425 Market Street
                                  San Francisco, CA  94105
                                  Telephone:  415/268-7000
                                  415/268-7522 (fax)
                                  rkeats@mofo.com
                                  mkomorowski@mofo.com
                                  cdierolf@mofo.com
                                  dwiener@mofo.com

                                  Attorneys for Defendant Enakshi Singh

JOINT STIPULATION
AND [PROPOSED] ORDER          - 4 -          Case No. 5:21-cv-06028-PCP

| | |
|---|---|
| DATED:  February 7, 2025 | EHRLICH & CRAIG LLP |

*/s/ Alexander Setzepfandt*
ALEXANDER SETZEPFANDT

Miles F. Ehrlich
Amy E. Craig
Emily E. Berry
Alexander Setzepfandt
803 Hearst Avenue
Berkeley, CA  94710
Telephone:  510/548-3600
510/291-3060 (fax)
miles@ehrlich-craig.com
amy@ehrlich-craig.com
emily@ehrlich-craig.com
alex@ehrlich-craig.com

Attorneys for Defendant Josh Hoffman

\*     \*     \*

---

JOINT STIPULATION
AND [~~PROPOSED~~] ORDER        - 5 -        Case No. 5:21-cv-06028-PCP

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: February 10, 2025

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION
AND [~~PROPOSED~~] ORDER — - 6 -    Case No. 5:21-cv-06028-PCP