UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Biao Wang, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZYMERGEN INC., et al.,<br><br>    Defendants. | Case No. 21-cv-06028-PCP (SVK)<br><br>**ORDER RE DISCOVERY DISPUTES BETWEEN LEAD PLAINTIFF AND TRUE VENTURES DEFENDANTS AND SOFTBANK DEFENDANTS**<br><br>Re: Dkt. Nos. 511, 515 |

Before the Court are two Joint Discovery Submissions, one addressing disputes between Plaintiff and True Ventures Defendants and the other addressing the same disputes between Plaintiff and Softbank Defendants. Dkt. 511, 515. The Court recently ruled upon a third identical – or nearly identical – dispute between Plaintiff and the DCVC Defendants ("DCVC Order"). Dkt. 517. Each of these disputes arise out of Plaintiffs' "relation back" theory and Defendants' statute of limitations defense. As a result of the overlapping issues, the DCVC Order provides guidelines to the Parties for resolution. Accordingly, the two Joint Discovery Submissions identified above are **TERMINATED**, and the Court **ORDERS** the Parties to meet and confer regarding the path to resolution set forth in the DCVC Order and to agree upon a schedule of similar duration for the provision of supplemental responses and, where necessary, production of documents.

**SO ORDERED.**

Dated: February 10, 2025

SUSAN VAN KEULEN
United States Magistrate Judge