UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAO WANG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZYMERGEN INC., et al.,<br><br>    Defendants. | Case No. 21-cv-06028-PCP (SVK)<br><br>**ORDER FOR SUR-REPLY RE ZYMERGEN DEFENDANTS' PRIVILEGE CLAIMS** |

Having reviewed the Parties' supplemental briefs concerning the Zymergen Defendants'[1] privilege claims (*see* Dkt. 500, 501, 520, 521) the Court **ORDERS** as follows:

By **12 p.m. on February 21, 2025**, the Zymergen Defendants shall file a sur-reply not to exceed two pages in response to the question raised in Plaintiffs' latest brief: "[W]hether the Trustee has authorized WilmerHale to act on its behalf." Dkt. 521 at 2.

**SO ORDERED.**

Dated: February 20, 2025

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] "Zymergen Defendants" refers collectively to Zymergen, Inc. ("Zymergen" or the "Company") and eight of its former directors: Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma (the "Director Defendants"). The Court distinguishes between Zymergen and the Director Defendants where necessary and refers to the collective Zymergen Defendants when appropriate.