KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
MELISSA A. MCCALL (SBN 335761)
melissa.mccall@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

PETER J. KOLOVOS (appearance pro hac vice)
peter.kolovos@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

[Additional counsel omitted]

*Attorneys for Defendants Zymergen Inc., Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>ZYMERGEN INC., et al.,<br><br>               Defendants. | Case No. 5:21-cv-06028-PCP<br><br>**ZYMERGEN DEFENDANTS' SUR-REPLY IN RESPONSE TO FEBRUARY 20, 2025 ORDER**<br><br>Judge: The Honorable Susan van Keulen |

The Zymergen Defendants respectfully submit this sur-reply in response to the Court's Order, dated February 20, 2025 [ECF 522], to address the following question: "[W]hether the Trustee has authorized WilmerHale to act on its behalf."

As the Court will recall, when the parties submitted their discovery dispute regarding plaintiffs' request that the Zymergen Defendants serve a redaction log [ECF 397] – which was the first discovery dispute involving Zymergen that the parties submitted to the Court after confirmation of Zymergen's plan of liquidation – the Zymergen Defendants explained that, post-bankruptcy, counsel for the Zymergen Defendants had an obligation to consult with the Trustee of the ZYM Liquidating Trust on issues that implicated Zymergen's documents and privilege claims. [ECF 397 at 6-7]. In that filing, counsel noted that it was consulting with the Trustee regarding plaintiffs' request for a redaction log and would convey the Trustee's position to plaintiffs. [ECF 397 at 7, 9].

That consultation has continued for the disputes regarding the Zymergen privilege claims that are currently before the Court. As set forth in the accompanying declaration of the Trustee (Neal Goldman), WilmerHale has provided contemporaneous updates to the Trustee regarding the claims that the plaintiffs have made in this litigation regarding Zymergen's privileges, including the current disputes. *See* Declaration of Neal Goldman, Solely as Trustee of the ZYM Liquidating Trust (filed herewith), ¶ 5. As the Trustee's declaration also confirms, he has directed WilmerHale to continue to assert Zymergen's attorney-client and work product privileges in this action, and to defend Zymergen's privileges in response to plaintiffs' challenges in this litigation. *See id.*, ¶ 6. Thus, the Trustee has authorized and directed WilmerHale to respond to plaintiffs' challenges to Zymergen's privileges.

| | | |
|---|---|---|
| 1 | DATED: February 21, 2025 | WILMER CUTLER PICKERING |
| 2 | | HALE AND DORR LLP |

DATED: February 21, 2025	WILMER CUTLER PICKERING
	HALE AND DORR LLP

By:	*/s/ Peter J. Kolovos*
	Peter J. Kolovos

KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
GIAN P. GUALCO-NELSON (SBN 337284)
gian.gualco-nelson@wilmerhale.com
MELISSA A. MCCALL (SBN 335761)
melissa.mccall@wilmerhle.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

PETER J. KOLOVOS (appearance *pro hac vice*)
peter.kolovos@wilmerhale.com
BETH E. BOOKWALTER (appearance *pro hac vice*)
beth.bookwalter@wilmerhale.com
JOCELYN M. KEIDER (appearance *pro hac vice*)
jocelyn.keider@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

*Attorneys for Defendants Zymergen Inc., Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*