1 KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
2 SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
3 JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
4 MELISSA A. MCCALL (SBN 335761)
melissa.mccall@wilmerhale.com
5 WILMER CUTLER PICKERING
6    HALE AND DORR LLP
7 50 California Street, Suite 3600
San Francisco, CA 94111
8 Telephone: (628) 235-1000
Facsimile: (628) 235-1001
9

10 PETER J. KOLOVOS (appearance *pro hac vice*)
peter.kolovos@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 60 State Street
Boston, MA 02109
13 Telephone: (617) 526 6000
Facsimile: (617) 526-5000
14

15 [Additional counsel omitted]

16 *Attorneys for Defendants Zymergen Inc., Steven Chu,*
*Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch,*
17 *Matthew A. Ocko, Sandra E. Peterson,*
*Zach Serber, and Rohit Sharma*
18

UNITED STATES DISTRICT COURT
19 NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
20

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>              Defendants. | Case No. 5:21-cv-06028-PCP<br><br>**DECLARATION OF NEAL GOLDMAN, SOLELY AS TRUSTEE OF THE ZYM LIQUIDATING TRUST**<br><br>Judge: Hon. S. Van Keulen |

I, NEAL GOLDMAN, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently thereto. I submit this declaration in support of the Zymergen Defendants' Sur-Reply in Response to the Court's February 20, 2025 Order.

2. I am the Liquidating Trustee ("Trustee") of the ZYM Liquidating Trust, formed pursuant to the Bankruptcy Court's February 5, 2024 Findings of Fact, Conclusions of Law, and Order Confirming Debtors' First Amended Joint Chapter 11 Plan of Liquidation (the "Confirmation Order") in the bankruptcy proceeding captioned *In re Zymergen Inc.*, Case No. 23-11661 (KBO) (Bankr. D. Del.). Zymergen Inc. ("Zymergen") is one of the Debtors in that bankruptcy proceeding.

3. The Confirmation Order approved the Debtors' First Amended Joint Chapter 11 Plan of Liquidation (the "Plan"). The Plan established the ZYM Liquidating Trust ("Trust"), whose purpose is to, among other things, hold and liquidate certain assets of the Debtors, administer the responsibilities of the Debtors after the effective date of the Plan, recover assets on behalf of the Trust, and make payments to creditors. I am the Trustee of that Trust.

4. My work as Trustee remains ongoing. In particular, the Trust continues to monetize and recover assets, review and object to claims filed against Zymergen, make distributions to creditors, and analyze and pursue claims against third parties.

5. WilmerHale has provided contemporaneous updates to me on the challenges that the class action plaintiffs have made in this litigation regarding Zymergen's privileges, including the dispute that the parties submitted to the Court in September 2024 regarding plaintiffs' request that the Zymergen Defendants produce a redaction log, and the additional privilege disputes that the parties submitted to the Court in December 2024.

6. In my capacity as Trustee, I have directed WilmerHale to continue to assert Zymergen's attorney-client and work product privileges in this litigation, and to defend Zymergen's attorney-client and work product privileges in response to plaintiffs' challenges in this case.

DECLARATION OF NEAL GOLDMAN                                    Case No.: 5:21-cv-06028-PCP

- 2 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at February 2025, this 21st day of February, 2025.

*/s/ Neal Goldman, Trustee*
Neal Goldman, solely as Trustee of the
ZYM Liquidating Trust