GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
    MCelio@gibsondunn.com
ZANETA J. KIM, SBN 317844
    ZKim@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN, SBN 303289
    MJKahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYMERGEN INC., et al.,<br><br>Defendants. | CASE NO. 5:21-cv-06028-PCP<br><br>**DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rules 7-11 and 79-5(f), and in accordance with the Amended Stipulated Protective Order (Dkt. 446) ("Protective Order"), Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC ("DCVC Defendants" or "DCVC") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with DCVC, True Ventures, and SoftBank Defendants'[1] Motion to Set Briefing Schedule and supporting papers attached thereto (the "Sealed Documents"), filed concurrently herewith. This Motion is supported by the Declaration of Zaneta J. Kim in Support of DCVC Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Kim Declaration" or "Kim Decl."). DCVC Defendants have reviewed and complied with Civil Local Rule 79-5(f).

Pursuant to the Protective Order, DCVC Defendants may not file the Sealed Documents on the public record because they reference or contain information designated as CONFIDENTIAL by Plaintiffs Biao Wang and/or West Palm Beach Firefighters' Pension Fund (collectively, the "Designating Parties") under the Protective Order. Kim Decl. ¶ 3.[2] DCVC Defendants seek to file under seal the Sealed Documents that reference information that has been so designated by the Designating Parties. Pursuant to Civil Local Rules 7-11 and 79-5(f), the Kim Declaration identifies the documents containing the purportedly CONFIDENTIAL information. The Sealed Documents will be submitted conditionally under seal with this Motion. The Sealed Documents will be concurrently provided to the Court and served on counsel for all parties.

DATED: February 28, 2025                    Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

---

[1] "True Ventures Defendants" refers to Defendants True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., and True Venture Management, L.L.C. "SoftBank Defendants" refers to Defendants SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) LP, and SB Investment Advisers (US) Inc.

[2] The Sealed Documents also reference or contain information designated as CONFIDENTIAL by Defendants Zymergen Inc., Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma (the "Zymergen Defendants") in discovery. However, counsel for the Zymergen Defendants has indicated that the information need not be filed under seal nor treated as CONFIDENTIAL for purposes of the Motion. Kim Decl. ¶ 3.

Gibson, Dunn & Crutcher LLP

1

DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP

s/ Michael D. Celio
MICHAEL D. CELIO (SBN 197998)
ZANETA J. KIM (SBN 317844)
310 University Avenue
Palo Alto, CA  94301-1744
Telephone: (650) 849-5300
Fax: (650) 849-5333
mcelio@gibsondunn.com
zkim@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
MICHAEL J. KAHN (SBN 303289)
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3175
Telephone: (415) 393-8200
Fax: (415) 393-8306
mjkahn@gibsondunn.com

*Attorneys for Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC*

2

DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP

Gibson, Dunn & Crutcher LLP