GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO, SBN 197998
   MCelio@gibsondunn.com
ZANETA J. KIM, SBN 317844
   ZKim@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN, SBN 303289
   MJKahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>ZYMERGEN INC., et al.,<br><br>             Defendants. | CASE NO. 5:21-cv-06028-PCP<br><br>**DECLARATION OF ZANETA J. KIM IN SUPPORT OF DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

DECLARATION OF ZANETA J. KIM IN SUPPORT OF DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP

Gibson, Dunn & Crutcher LLP

I, Zaneta J. Kim, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC ("DCVC Defendants" or "DCVC") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto. This Declaration is made in support of DCVC Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2. I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in connection with DCVC, True Ventures, and SoftBank Defendants'[1] Motion to Set Briefing Schedule (the "Motion") and supporting papers attached thereto (the "Sealed Documents").

3. Pursuant to the Amended Stipulated Protective Order (Dkt. 446), the documents set forth below reference or contain information that has been designated as CONFIDENTIAL by Lead Plaintiff Biao Wang and/or Plaintiff West Palm Beach Firefighters' Pension Fund (the "Designating Parties"). These documents also reference or contain information designated as CONFIDENTIAL by Defendants Zymergen Inc., Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma (the "Zymergen Defendants") in discovery. However, on February 25, 2025, counsel for the Zymergen Defendants indicated that such information need not be filed under seal nor treated as CONFIDENTIAL for purposes of the Motion.

| DOCUMENT | PORTION(S) TO BE SEALED | BASIS FOR SEALING | DESIGNATING PARTIES |
|---|---|---|---|
| DCVC, True Ventures, and SoftBank Defendants' Motion to | Yellow highlighted portions at 7 n.4 | References or contains information designated CONFIDENTIAL | Lead Plaintiff Biao Wang |

---

[1] "True Ventures Defendants" refers to Defendants True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., and True Venture Management, L.L.C. "SoftBank Defendants" refers to Defendants SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) LP, and SB Investment Advisers (US) Inc.

1

DECLARATION OF ZANETA J. KIM IN SUPPORT OF DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP

Gibson, Dunn & Crutcher LLP

| | | | |
|---|---|---|---|
| Set Briefing Schedule (the "Motion") | | | Plaintiff West Palm Beach Firefighters' Pension Fund |
| Exhibit C to the Declaration of Michael J. Kahn in Support of the Motion | Entire Exhibit | References or contains information designated CONFIDENTIAL | Lead Plaintiff Biao Wang |
| Exhibit D to the Declaration of Michael J. Kahn in Support of the Motion | Entire Exhibit | References or contains information designated CONFIDENTIAL | Plaintiff West Palm Beach Firefighters' Pension Fund |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February, 2025, at Orinda, California.

*s/ Zaneta J. Kim*
ZANETA J. KIM

**FILER ATTESTATION**

I, Michael D. Celio, am the ECF user whose identification and password are being used to file DECLARATION OF ZANETA J. KIM IN SUPPORT OF DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED. Pursuant to Local Rule 5-1(i)(3), I hereby attest that Zaneta J. Kim has concurred in this filing.

DATED: February 28, 2025

*s/ Michael D. Celio*
Michael D. Celio

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF ZANETA J. KIM IN SUPPORT OF DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP