1   GIBSON, DUNN & CRUTCHER LLP
    MICHAEL D. CELIO, SBN 197998
2       MCelio@gibsondunn.com
    ZANETA J. KIM, SBN 317844
3       ZKim@gibsondunn.com
4   310 University Avenue
    Palo Alto, California 94301-1744
5   Telephone: 650.849.5300
    Facsimile: 650.849.5333
6
7   GIBSON, DUNN & CRUTCHER LLP
    MICHAEL J. KAHN, SBN 303289
8       MJKahn@gibsondunn.com
    One Embarcadero Center, Suite 2600
9   San Francisco, California 94111-3715
    Telephone: 415.393.8200
10  Facsimile: 415.393.8306

11  *Attorneys for Defendants Data Collective II,*
12  *L.P., DCVC Opportunity Fund, L.P., and*
    *DCVC Management Co, LLC*
13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17
18  BIAO WANG, Individually and on Behalf of      CASE NO. 5:21-cv-06028-PCP
    All Others Similarly Situated,
19                                                **[PROPOSED] ORDER GRANTING DCVC**
                            Plaintiff,            **DEFENDANTS' ADMINISTRATIVE**
20                                                **MOTION TO CONSIDER WHETHER**
            v.                                    **ANOTHER PARTY'S MATERIAL SHOULD**
21  ZYMERGEN INC., et al.,                        **BE SEALED**

                            Defendants.
22

23

24

25

26

27

28

# [PROPOSED] ORDER

Having considered DCVC Defendants'[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") filed in connection with DCVC, True Ventures, and SoftBank Defendants'[2] Motion to Set Briefing Schedule, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

  1.  DCVC Defendants' Motion is **GRANTED**; and

  2.  DCVC Defendants may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| DOCUMENT | PORTION(S) TO BE SEALED | BASIS FOR SEALING |
|---|---|---|
| DCVC, True Ventures, and SoftBank Defendants' Motion to Set Briefing Schedule | Yellow highlighted portions at 7 n.4 | References or contains information designated CONFIDENTIAL |
| Exhibit C to the Declaration of Michael J. Kahn in Support of the Motion | Entire Exhibit | References or contains information designated CONFIDENTIAL |
| Exhibit D to the Declaration of Michael J. Kahn in Support of the Motion | Entire Exhibit | References or contains information designated CONFIDENTIAL |

  **IT IS SO ORDERED.**

DATED: _____  _____

           THE HONORABLE P. CASEY PITTS
           UNITED STATES DISTRICT JUDGE

---

[1] "DCVC Defendants" refers to Defendants Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC.

[2] "True Ventures Defendants" refers to Defendants True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., and True Venture Management, L.L.C. "SoftBank Defendants" refers to Defendants SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) LP, and SB Investment Advisers (US) Inc.

1

[PROPOSED] ORDER GRANTING DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP

Gibson, Dunn &
Crutcher LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1

[PROPOSED] ORDER GRANTING DCVC DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:21-CV-06028-PCP