| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 18 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

BIAO WANG,

        Plaintiff - Respondent,

 v.

DATA COLLECTIVE II, LP; et al.,

        Defendants - Petitioners.

No. 25-1875

D.C. No.
5:21-cv-6028
Northern District of California,
San Jose

ORDER

Before: WARDLAW, SANCHEZ, and JOHNSTONE, Circuit Judges.

The motion (Docket Entry No. 13) for leave to file a reply in support of the petition for permission to appeal is granted.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition); *see also Bates v. Bankers Life & Cas. Co.*, 848 F.3d 1236, 1238 (9th Cir. 2017) (explaining a district court order that is the "functional equivalent" of an order granting or denying class certification is appealable under Rule 23(f)). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).