UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAO WANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZYMERGEN INC., et al., <br><br> Defendants. | Case No. 21-cv-06028-PCP <br><br> **ORDER AMENDING CASE SCHEDULE** |

The parties in this case have filed a series of motions related to the case schedule. In light of the Ninth Circuit's grant of the VC defendants' Rule 23(f) petition, they and the underwriter defendants seek a stay of all proceedings pending appeal. Separately, plaintiffs moved to reopen discovery for 90 days in light of a newly filed state court lawsuit involving many of the defendants in this case. The Court will hear argument on these motions on July 31, 2025 at 10:00am. In anticipation of that hearing, the Court orders the following:

- Plaintiffs shall file a single consolidated brief, not to exceed 35 pages, addressing both motions to stay (Dkt. Nos. 553, 555). That brief is due July 10, 2025.
- Defendants shall respond to plaintiff's motion to amend by no later than July 10, 2025. The Court strongly encourages the parties to file a joint response.
- Reply briefs regarding all three motions are due no later than July 17, 2025.
- The deadline to file dispositive and Rule 702 motions is continued to August 29, 2025.

Given the amended dispositive motion deadline, the Court further vacates all existing trial dates. The Clerk shall convert the pretrial conference, scheduled for February 10, 2026, to a trial-setting conference.

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
P. Casey Pitts
United States District Judge