ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
    – and –
JUAN CARLOS SANCHEZ (301834)
PATTON L. JOHNSON (320631)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>                    Defendants. | Case No. 5:21-cv-06028-PCP<br><br>PLAINTIFFS' NOTICE OF INTENT TO SEEK AN ORDER PURSUANT TO FED. R. CIV. P. 23(e) |

4935-9013-6404.v1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs hereby give notice that on July 8, 2025, counsel for the ZYM Liquidating Trust appointed in Zymergen, Inc.'s pending Chapter 11 proceeding, notified Plaintiffs that on July 7, 2025, Axis Insurance ("Axis") sent a letter to Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Zymergen, Inc. and certain of the former officer and director Defendants in the instant action, informing them that the insurance policy covering Zymergen, Inc. has been exhausted. Counsel for the ZYM Liquidating Trust has also indicated that the Axis policy represents all potentially accessible insurance proceeds that could have contributed to the satisfaction of Plaintiffs' claim against Zymergen. Inc. in this case. In accordance with §11.7 of the Plan of Liquidation for Zymergen, Inc. and because the Court has certified a Class in this action, Plaintiff, to the extent necessary, will timely submit a request for an appropriate court order pursuant to Fed. R. Civ. P. 23(e).[1]

DATED: July 10, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM

    s/ Shawn A. Williams
    SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

---

[1] The claims against all other Defendants would be unaffected if Plaintiffs seek any dismissal of claims with respect to Zymergen, Inc.

PLAINTIFFS' NOTICE OF INTENT TO SEEK AN ORDER PURSUANT TO FED. R. CIV. P. 23(e) -
5:21-cv-06028-PCP - 1 -
4935-9013-6404.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JUAN CARLOS SANCHEZ
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

BERMAN TABACCO
NICOLE LAVALLEE (SBN 165755)
KRISTIN J. MOODY (SBN 206326)
CHRISTINA M. SARRAF (SBN 328028)
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone:  415/433-3200
415/433-6382 (fax)
nlavallee@bermantabacco.com
kmoody@bermantabacco.com
csarraf@bermantabacco.com

BERMAN TABACCO
LESLIE R. STERN
PATRICK T. EGAN
One Liberty Square
Boston, MA  02109
Telephone:  617/542-8300
617/542-1194 (fax)
lstern@bermantabacco.com
pegan@bermantabacco.com

Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Board Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund