# EXHIBIT 15

Robbins Geller Rudman & Dowd LLP

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

Patton L. Johnson
pjohnson@rgrdlaw.com

June 18, 2025

VIA EMAIL

| | |
|---|---|
| Susan S. Muck | susan.muck@wilmerhale.com |
| Charlene S. Shimada | charlene.shimada@morganlewis.com |
| Ryan M. Keats | rkeats@mofo.com |
| Miles F. Ehrlich | miles@ehrlich-craig.com |
| Harry A. Olivar | harryolivar@quinnemanuel.com |
| Michael D. Celio | mcelio@gibsondunn.com |
| Jonathan A. Shapiro | jshapiro@goodwinlaw.com |

Re: *Wang v. Zymergen*
No. 5:21-cv-06028-PCP (N.D. Cal.)

Dear Counsel:

On June 16, 2025, Plaintiff was alerted to and obtained a copy of the complaint filed in California Superior Court by the ZYM Liquidating Trust on behalf of Zymergen Inc. against all of the director and officer defendants in this action. Zymergen alleges that the director and officer defendants engaged in a "massive and systemic fraud" including misleading Zymergen investors through a materially false and misleading Registration Statement. These allegations made by Zymergen directly contradict positions that Zymergen has previously maintained in this action.

This development raises a number of issues on which we seek immediate clarification and/or action from each defendant:

First, it is clear that Zymergen is now adverse to the director and officer defendants and the attorney-client and work product privileges are waived or inapplicable. Please confirm by Friday, June 20, 2025 that Zymergen will produce, and will instruct all other parties and non-parties to produce, all documents previously withheld on the basis of Zymergen's attorney-client or work product privileges, and produce all such documents by June 27, 2025.

Second, defendants have an ongoing duty to supplement discovery responses under Fed. R. Civ. P. 26(e) when they learn such responses are incomplete or incorrect. This applies to responses in discovery (including interrogatories), objections, and productions in this action. Please confirm by June 20, 2025 that you will supplement your prior discovery by June 27, 2025.

Third, defendants previously served answers to the operative Second Amended Complaint in which, among other things, they denied that certain representations in the Registration Statement were false and misleading. Zymergen has now filed a complaint alleging the opposite. Zymergen and other defendants have also asserted a number of affirmative defenses that cannot be maintained in light of its changed position concerning the alleged fraudulent conduct by the director and officer defendants. Each defendant please confirm by June 20, 2025 that you will file a supplemental answer to the operative complaint by June 27, 2025.

Fourth, as Zymergen now contends that the Registration Statement was materially false and misleading the basis for its – or any other parties' – anticipated motion for summary judgment is unclear. Each defendant please confirm by June 20, 2025 whether or not you intend to argue at summary judgment that the Registration Statement was not materially false and misleading.

Fifth, please inform us by June 20, 2025 whether any expert proffered by any defendant will withdraw any expert report or rebuttal report or portion thereof.

Sincerely,

PATTON L. JOHNSON

PLJ:tdv

cc: kevin.muck@wilmerhale.com
peter.kolovos@wilmerhale.com
erika.schutzman@wilmerhale.com
gian.gualco-nelson@wilmerhale.com
beth.bookwalter@wilmerhale.com
jocelyn.keider@wilmerhale.com
chris.johnstone@wilmerhale.com
melissa.mccall@wilmerhale.com
jessica.lewis@wilmerhale.com
kevin.papay@morganlewis.com
ali.rivett@morganlewis.com
bob.oleary@morganlewis.com
michael.kichline@morganlewis.com
joseph.floren@morganlewis.com
mkomorowski@mofo.com
cdierolf@mofo.com
dwiener@mofo.com

lmcdonough@mofo.com
amy@ehrlich-craig.com
emily@ehrlich-craig.com
alex@ehrlich-craig.com
lindabrewer@quinnemanuel.com
vickiparker@quinnemanuel.com
robertallen@quinnemanuel.com
mjkahn@gibsondunn.com
zkim@gibsondunn.com
nicolekim@goodwinlaw.com
hhyde@goodwinlaw.com
vhaggans@goodwinlaw.com
droeser@goodwinlaw.com
sewald@goodwinlaw.com
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
ajilizian@rgrdlaw.com