# EXHIBIT 16

| From: | Kim, Zaneta J. <ZKim@gibsondunn.com> |
|---|---|
| Sent: | Friday, June 27, 2025 11:37 AM |
| To: | Alexander Setzepfandt; Haggans, Valerie A |
| Cc: | Muck, Kevin; Kolovos, Peter; Schutzman, Erika; Gian Gualco-Nelson; Bookwalter, Beth; Keider, Jocelyn; Johnstone, Chris; McCall, Melissa; Lewis, Jessica; [EXT] Papay, Kevin; Rivett, Ali; O'Leary, Bob; Kichline, Michael L.; Floren, Joseph E.; Komorowski, Michael; cdierolf@mofo.com; Wiener, David J.; lmcdonough@mofo.com; Craig Amy; emily@ehrlich-craig.com; Linda Brewer; Vicki Parker; Kahn, Michael J.; Kim, Nicole; Hyde, Hayes; Roeser, Daniel P; Ewald, Sylvia; [EXT] Williams, Shawn; Dan Pfefferbaum; Alex Jilizian; Robert Allen; Patton Johnson; Muck, Susan; Shimada, Charlene S.; Keats, Ryan M.; Harry Olivar; miles@ehrlich-craig.com; Celio, Michael D.; Shapiro, Jonathan A |
| Subject: | Re: Wang v. Zymergen Inc., No. 5:21-cv-06028-PCP (N.D. Cal.) \| Correspondence concerning ZYM Liquidating Trust Litigation |

**[EXTERNAL EMAIL from zkim@gibsondunn.com]**

Patton,

DCVC's response to your June 18, 2025 letter is consistent with responses from the other defendants. We have satisfied our discovery obligations, and the filing of the Trustee's complaint does not require any supplementation from us. We have not withheld any otherwise responsive documents on the basis of Zymergen's privilege, and no expert reports served on behalf of DCVC need to be withdrawn or modified in any way.

Thanks,
Zaneta


**Zaneta J. Kim**

Associate Attorney

T: +1 650.849.5388
ZKim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

---

**From:** Alexander Setzepfandt <alex@ehrlich-craig.com>
**Sent:** Friday, June 27, 2025 10:45 AM
**To:** Haggans, Valerie A <VHaggans@goodwinlaw.com>
**Cc:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Schutzman, Erika <Erika.Schutzman@wilmerhale.com>; Gian Gualco-Nelson <gian.gualco-

nelson@wilmerhale.com>; Bookwalter, Beth <Beth.Bookwalter@wilmerhale.com>; Keider, Jocelyn <Jocelyn.Keider@wilmerhale.com>; Johnstone, Chris <Chris.Johnstone@wilmerhale.com>; McCall, Melissa <Melissa.McCall@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; [EXT] Papay, Kevin <kevin.papay@morganlewis.com>; Rivett, Ali <ali.rivett@morganlewis.com>; O'Leary, Bob <bob.oleary@morganlewis.com>; Kichline, Michael L. <michael.kichline@morganlewis.com>; Floren, Joseph E. <joseph.floren@morganlewis.com>; Komorowski, Michael <MKomorowski@mofo.com>; cdierolf@mofo.com <cdierolf@mofo.com>; Wiener, David J. <DWiener@mofo.com>; lmcdonough@mofo.com <lmcdonough@mofo.com>; Craig Amy <amy@ehrlich-craig.com>; emily@ehrlich-craig.com <emily@ehrlich-craig.com>; Linda Brewer <lindabrewer@quinnemanuel.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Kahn, Michael J. <MJKahn@gibsondunn.com>; Kim, Zaneta J. <ZKim@gibsondunn.com>; Kim, Nicole <NicoleKim@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Roeser, Daniel P <DRoeser@goodwinlaw.com>; Ewald, Sylvia <SEwald@goodwinlaw.com>; [EXT] Williams, Shawn <shawnw@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Alex Jilizian <AJilizian@rgrdlaw.com>; Robert Allen <robertallen@quinnemanuel.com>; Patton Johnson <PJohnson@rgrdlaw.com>; Muck, Susan <Susan.Muck@wilmerhale.com>; Shimada, Charlene S. <charlene.shimada@morganlewis.com>; Keats, Ryan M. <rkeats@mofo.com>; Harry Olivar <harryolivar@quinnemanuel.com>; miles@ehrlich-craig.com <miles@ehrlich-craig.com>; Celio, Michael D. <MCelio@gibsondunn.com>; Shapiro, Jonathan A <JShapiro@goodwinlaw.com>
**Subject:** Re: Wang v. Zymergen Inc., No. 5:21-cv-06028-PCP (N.D. Cal.) | Correspondence concerning ZYM Liquidating Trust Litigation

**This Message Is From an External Sender**
This message came from outside your organization.

Patton,

On behalf of Josh Hoffman, we respond to your June 18, 2025, letter by reiterating what was said by other defendants. We have complied with our discovery obligations, do not believe that discovery should be re-opened, and do not see any basis for your request that we supplement and/or amend our discovery responses, pleadings, or expert reports. The allegations made by the ZYM Liquidating Trust in its new complaint are not binding on Mr. Hoffman and are in dispute.

Regards,
Alex

--
Alexander Setzepfandt
**Ehrlich | Craig LLP**
803 Hearst Avenue
Berkeley, CA 94710
Direct: (510) 548-3604
Cell: (510) 326-9179

On Jun 27, 2025 at 8:32:52 AM, "Haggans, Valerie A" <VHaggans@goodwinlaw.com> wrote:

> Patton and Team – On behalf of the True Ventures defendants, we respond to your June 18, 2025 letter by reiterating everything that Bobby said below. We have complied with our discovery obligations, and the filing of the Trustee's complaint does not require any supplementation from us. We also have not

withheld documents on the basis of Zymergen's attorney-client or work product privileges. And no expert reports served on behalf of True Ventures need to be withdrawn or modified in any way.

Best,
Valerie

---

**From:** Robert Allen <robertallen@quinnemanuel.com>
**Sent:** Thursday, June 26, 2025 8:40 PM
**To:** Patton Johnson <PJohnson@rgrdlaw.com>; Muck, Susan <Susan.Muck@wilmerhale.com>; Shimada, Charlene S. <charlene.shimada@morganlewis.com>; Keats, Ryan M. <RKeats@mofo.com>; Harry Olivar <harryolivar@quinnemanuel.com>; 'miles@ehrlich-craig.com' <miles@ehrlich-craig.com>; Celio, Michael D. <MCelio@gibsondunn.com>; Shapiro, Jonathan A <JShapiro@goodwinlaw.com>
**Cc:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Schutzman, Erika <Erika.Schutzman@wilmerhale.com>; Gualco-Nelson, Gian <Gian.Gualco-Nelson@wilmerhale.com>; Bookwalter, Beth <Beth.Bookwalter@wilmerhale.com>; Keider, Jocelyn <Jocelyn.Keider@wilmerhale.com>; Johnstone, Chris <Chris.Johnstone@wilmerhale.com>; McCall, Melissa <Melissa.McCall@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Rivett, Ali <ali.rivett@morganlewis.com>; O'Leary, Bob <bob.oleary@morganlewis.com>; Kichline, Michael L. <michael.kichline@morganlewis.com>; Floren, Joseph E. <joseph.floren@morganlewis.com>; Komorowski, Michael <MKomorowski@mofo.com>; 'cdierolf@mofo.com' <cdierolf@mofo.com>; Wiener, David J. <DWiener@mofo.com>; 'lmcdonough@mofo.com' <lmcdonough@mofo.com>; Craig Amy <amy@ehrlich-craig.com>; 'emily@ehrlich-craig.com' <emily@ehrlich-craig.com>; Alexander Setzepfandt <alex@ehrlich-craig.com>; Linda Brewer <lindabrewer@quinnemanuel.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Kahn, Michael J. <MJKahn@gibsondunn.com>; Kim, Zaneta J. <ZKim@gibsondunn.com>; Kim, Nicole <NicoleKim@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Haggans, Valerie A <VHaggans@goodwinlaw.com>; Roeser, Daniel P <DRoeser@goodwinlaw.com>; Ewald, Sylvia <SEwald@goodwinlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Alex Jilizian <AJilizian@rgrdlaw.com>
**Subject:** RE: Wang v. Zymergen Inc., No. 5:21-cv-06028-PCP (N.D. Cal.) | Correspondence concerning ZYM Liquidating Trust Litigation

***EXTERNAL***

Patton,

In response to your June 18, 2025 email, we confirm that the SoftBank Defendants have satisfied their discovery obligations in this case, and the filing of the complaint by the ZYM Liquidating Trust does not

require any supplemental responses from the SoftBank Defendants.  For the avoidance of doubt, the SoftBank Defendants have not withheld documents on the basis of Zymergen's attorney-client or work product privileges.  And the SoftBank Defendants' answer and written discovery responses do not require supplementation.  And there are no expert reports served on behalf of the SoftBank Defendants that need to be withdrawn or modified in any respect.


Best,

Bobby


---

**From:** Patton Johnson <PJohnson@rgrdlaw.com>
**Sent:** Wednesday, June 18, 2025 4:03 PM
**To:** Muck, Susan <Susan.Muck@wilmerhale.com>; Shimada, Charlene S. <charlene.shimada@morganlewis.com>; Keats, Ryan M. <RKeats@mofo.com>; Harry Olivar <harryolivar@quinnemanuel.com>; 'miles@ehrlich-craig.com' <miles@ehrlich-craig.com>; Celio, Michael D. <MCelio@gibsondunn.com>; Shapiro, Jonathan A <JShapiro@goodwinlaw.com>
**Cc:** Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Schutzman, Erika <Erika.Schutzman@wilmerhale.com>; Gualco-Nelson, Gian <Gian.Gualco-Nelson@wilmerhale.com>; Bookwalter, Beth <Beth.Bookwalter@wilmerhale.com>; Keider, Jocelyn <Jocelyn.Keider@wilmerhale.com>; Johnstone, Chris <Chris.Johnstone@wilmerhale.com>; McCall, Melissa <Melissa.McCall@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; Papay, Kevin M. <kevin.papay@morganlewis.com>; Rivett, Ali <ali.rivett@morganlewis.com>; O'Leary, Bob <bob.oleary@morganlewis.com>; Kichline, Michael L. <michael.kichline@morganlewis.com>; Floren, Joseph E. <joseph.floren@morganlewis.com>; Komorowski, Michael <MKomorowski@mofo.com>; 'cdierolf@mofo.com' <cdierolf@mofo.com>; Wiener, David J. <DWiener@mofo.com>; 'lmcdonough@mofo.com' <lmcdonough@mofo.com>; Craig Amy <amy@ehrlich-craig.com>; 'emily@ehrlich-craig.com' <emily@ehrlich-craig.com>; Alexander Setzepfandt <alex@ehrlich-craig.com>; Linda Brewer <lindabrewer@quinnemanuel.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Robert Allen <robertallen@quinnemanuel.com>; Kahn, Michael J. <MJKahn@gibsondunn.com>; Kim, Zaneta J. <ZKim@gibsondunn.com>; Kim, Nicole <nicolekim@goodwinlaw.com>; Hyde, Hayes <HHyde@goodwinlaw.com>; Haggans, Valerie A <VHaggans@goodwinlaw.com>; Roeser, Daniel P <DRoeser@goodwinlaw.com>; Ewald, Sylvia <SEwald@goodwinlaw.com>; Shawn Williams <shawnw@rgrdlaw.com>; Dan Pfefferbaum <DPfefferbaum@rgrdlaw.com>; Alex Jilizian <AJilizian@rgrdlaw.com>
**Subject:** Wang v. Zymergen Inc., No. 5:21-cv-06028-PCP (N.D. Cal.) | Correspondence concerning ZYM Liquidating Trust Litigation


**[EXTERNAL EMAIL from pjohnson@rgrdlaw.com]**

Counsel,

Attached please find correspondence concerning the above referenced matter. Please provide your response by Friday.

Thank you.

Patton Johnson

Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900

San Diego, CA 92101

Phone: 619-231-1058

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.