# EXHIBIT 22

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZYMERGEN INC., et al.,<br><br>    Defendants. | Case No. 5:21-cv-06028-PCP |

# EXPERT REPORT OF DAVID J. DENIS
# MARCH 14, 2025

# TABLE OF CONTENTS

I.     Introduction...............................................................................................................1

    A.   Qualifications.................................................................................................1

    B.   Assignment ...................................................................................................2

II.    Background .................................................................................................................5

    A.   Zymergen's Platform Business ......................................................................5

    B.   Zymergen's Initial Public Offering ("IPO") ..................................................7

    C.   Summary of Plaintiffs' Allegations ...............................................................7

    D.   Zymergen's August 3, 2021 Disclosures.......................................................9

    E.   The November 3, 2021 Disclosure ..............................................................12

    F.   Ginkbo Bioworks' Acquisition of Zymergen ..............................................13

III.   Summary of Opinions................................................................................................14

IV.    Section 11 Maximum Recoverable Damages Before Consideration of
    Negative Loss Causation ...........................................................................................15

    A.   Section 11 Maximum Recoverable Damages before Consideration of
        Negative Loss Causation for Unsold Stock ..................................................15

    B.   Section 11 Maximum Recoverable Damages before Consideration of
        Negative Loss Causation for Stock Sold before or after the Suit Was
        Brought ......................................................................................................16

V.     Market Commentary Following the August 3, 2021 Disclosures ...................................19

VI.    Determination of the Portion of the Maximum Recoverable Damages
    Attributable to Investors' Changed Expectations about the Prospects of
    Hyaline ......................................................................................................................22

    A.   Determination of the Portion of Zymergen's Stock Price Decline on
        August 4, 2021 Attributable to Changes in Market and Industry
        Factors.......................................................................................................22

    B.   Determination of the Portion of Zymergen's Residual Price Decline
        Attributable to Investors' Changed Expectations about the Prospects of
        Hyaline.......................................................................................................23

    C.   Summary of Estimates of Recoverable Damages and Portion
        Attributable to Investors' Changed Expectations about the Prospects of
        Hyaline.......................................................................................................28

    D.   Recoverable Damages May be Lower Than $3.20 per Share.......................30

VII.   Conclusion ................................................................................................................30

## III.    SUMMARY OF OPINIONS

23.    Based on my expertise and my review of the materials in this matter, I have

reached the following primary opinions:

 a. Maximum recoverable damages in this case are the difference between the IPO Price ($31) and Zymergen's stock price on Complaint Filing Date ($8.25), a difference of $22.75.  However, class members who sold above $8.25 would be damaged by a smaller amount.  In fact, Zymergen's stock price closed below $31 on only one day before the Complaint Filing Date, and even the intraday low stock price was below $31 on only two other days in that period.  Even after the Complaint Filing Date, Zymergen's stock price was above $8.25 on most days until December 2021, eight months after the IPO.  Any class members who sold above $31 are not damaged.

 b. Zymergen's stock price at the close of trading on August 3, 2021 was $34.83. Following the Company's August 3, 2021 Disclosures, the stock price closed at $8.25 on August 4, 2021 (the Complaint Filing Date).  A review of analyst commentary at the time shows that, in response to the Company's disclosures, analysts lowered their expectations about the prospects of (a) Hyaline and (b) the Other Platform Pipeline.

 c. Zymergen's stock price declined $26.58 on August 4, 2021.  I apportion this decline to determine how much is attributable to investors' changed expectations about the prospects of Hyaline.

  i. I find that $0.34 is attributable to market and industry factors, which constitutes negative causation and not recoverable damages.

  ii. I find that $22.50 is attributable to investors' changed expectations about the prospects of Zymergen's Other Platform Pipeline, which constitutes negative causation and not recoverable damages under the assumptions discussed below.

  iii. I find that $3.74 is attributable to investors' changed expectations about the prospects of Hyaline, which constitutes 14.1 percent of Zymergen's stock price decline on August 4, 2021.

 d. I have been asked by Counsel to consider two legal theories: (1) the information disclosed on August 3, 2021 concerning Zymergen's Other Platform Pipeline was unrelated to and not corrective of the alleged misstatements about Zymergen's Other Platform Pipeline in the Registration Statement; and (2) liability may be established only with respect to alleged misstatements related to Hyaline and not with respect to alleged misstatements related to the Other Platform Pipeline.  I do not have an opinion on the validity of these legal theories.  But if the finder of fact determines that either of these theories is valid, then the $22.50 of the August 4, 2021 price decline associated with investors' changed expectations about the prospects of the

Other Platform Pipeline, as well as the $0.34 caused by market and industry factors, are attributable to negative loss causation and do not constitute recoverable damages.

e.  That is, my analysis indicates that had Zymergen only disclosed, and investors only reacted to, the Hyaline-related news on August 3, 2021, Zymergen's stock price would have fallen $3.74 from the previous closing price of $34.83. As a result, the stock price on August 4, 2021 would have remained above the IPO Price. Therefore, damages attributable to investors' changed expectations about the prospects of Hyaline are $0 in this scenario.

f.  Alternatively, one can apportion the maximum recoverable damages of $22.75 in a proportional manner, *i.e.*, by assuming that 14.1 percent, or $3.20, is attributable to investors' changed expectations about the prospects of Hyaline.

24.  The documents, materials, and other information I have considered in conducting my analysis and in forming these opinions are cited throughout this report and listed in **Appendix C**. My analysis and conclusions to date are based on the information available when this report was submitted. I reserve the right to amend my report and may modify, refine, or revise my opinions if new information is identified or otherwise becomes available.

## IV.  SECTION 11 MAXIMUM RECOVERABLE DAMAGES BEFORE CONSIDERATION OF NEGATIVE LOSS CAUSATION

### A.  Section 11 Maximum Recoverable Damages before Consideration of Negative Loss Causation for Unsold Stock

25.  As noted above, under Section 11(e) of the Securities Act, the maximum recoverable damages (before accounting for negative loss causation) *for unsold stock* is calculated as the difference between the IPO Price and the stock's "value" on the date the suit was brought. In this instance, Zymergen's IPO Price equals $31 per share[31] and on the

---

[31] GlobeNewswire, "Zymergen Announces Pricing of Upsized Initial Public Offering," April 21, 2021, available at https://www.globenewswire.com/news-release/2021/04/22/2214669/0/en/Zymergen-Announces-Pricing-of-Upsized-Initial-Public-Offering.html#:~:text=Zymergen's%20common%20stock%20is%20expected,the%20ticker%20symbol%20%E2%80%9CZY%E2%80%9D; Zymergen Registration Statement, April 21, 2021.

dipped below the IPO Price, my search of Factiva, a well-known news database, indicates that no news related to Zymergen was released on these days.[63] Therefore, no portion of Zymergen's stock price decline below the IPO Price of $31 on these three days is attributable to investors' changed expectations about the prospects of Hyaline

57.    Recoverable damages attributable to investors' changed expectations about the prospects of Hyaline for class members who sold Zymergen stock acquired in or traceable to the IPO after the Complaint Filing Date are zero in Scenario 1 and no more than $3.20 in Scenario 2.

Submitted on: March 14, 2025

David Denis, Ph.D.

---

[63] I searched for Zymergen-related news that was released within five days prior to and on May 13, May 14, and July 27, 2021 on Factiva using the following criteria: (1) source: all sources; (2) company: Zymergen Inc; and (3) language: English. I found the following three articles that mentioned Zymergen, but none contained new information about the Company.

On May 12, 2021, Benzinga reported that Ark Investment Management increased its investment in Palantir. The same article mentioned that Zymergen was also part of Ark Investment Management's investment portfolio. However, no new information about Zymergen was released in this article. Vats, Rachit, "Cathie Wood Piles Up Palantir For Third Day In A Row, Adding $39M Worth Of Shares," *Benzinga*, May 12, 2021.

On May 13, 2021, Zymergen announced it would report its financial results for Q1 2021 after market close on Monday, May 24, 2021. *See* GlobeNewswire, "Zymergen to Report First Quarter 2021 Financial Results on May 24, 2021," May 13, 2021, available at https://www.globenewswire.com/news-release/2021/05/13/2229463/0/en/Zymergen-to-Report-First-Quarter-2021-Financial-Results-on-May-24-2021. However, this announcement was released at 16:03 ET *after* market close on May 13, 2021, and on May 14, 2021, Zymergen's opening and closing stock prices were higher than its closing stock price on May 13, 2021. *See* **Exhibit 2A**.

On July 23, 2021 (four days before July 27), the *San Francisco Business Times* published an interview with venture capital investor Jenny Rooke, in which she discussed her experience at her venture capital firm, her educational background in genetics, and her prior investments in emerging companies including Zymergen. However, no new information about Zymergen was released in this article. Leuty, Ron, "How Jenny Rooke Helps Biotech Captains Steer Their Early-stage Companies," *San Francisco Business Times*, July 23, 2021.