ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
ALEX N. JILIZIAN (362307)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
ajilizian@rgrdlaw.com
           – and –
JUAN CARLOS SANCHEZ (301834)
PATTON L. JOHNSON (320631)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>     Defendants. | Case No. 5:21-cv-06028-PCP<br><br>DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4914-9529-2506.v1

1    I, DANIEL J PFEFFERBAUM, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of

3    California and before this District Court.  I am a member of the law firm Robbins Geller Rudman

4    & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Biao Wang

5    ("Plaintiff") and the Class in the above-entitled action.  I have personal knowledge of the matters

6    stated herein and if called upon could competently testify thereto.  This Declaration is made in

7    support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material

8    Should Be Sealed.

9    2.    I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in

10   connection with Exhibits 2-5 to the Motion for Reconsideration ("Sealed Documents").

11   3.    Pursuant to the Amended Stipulated Protective Order (ECF 446), the documents

12   set forth below reference or contain information that has been designated as CONFIDENTIAL.

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Exhibits 2-3 to the Motion for Reconsideration | Designated CONFIDENTIAL | Zymergen, Inc. |
| Exhibits 4-5 to the Motion for Reconsideration | Designated CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY | All Defendants |

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on August 6, 2025, at San Diego, California.

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM