UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>                  Defendants. | Case No. 5:21-cv-06028-PCP<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4898-1567-0362.v1

Having considered Lead Plaintiff's[1] Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") filed in connection with Exhibits 2-5 to the Motion for Reconsideration, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

Plaintiff's Motion is GRANTED;

Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibits 2-3 to the Motion for Reconsideration | Whole document | Documents designated CONFIDENTIAL |
| Exhibits 4-5 to the Motion for Reconsideration | Whole document | Documents designated CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

---

[1] "Lead Plaintiff" is Lead Plaintiff and Class Representative Biao Wang.