ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
ALEX N. JILIZIAN (362307)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
ajilizian@rgrdlaw.com
 – and –
JUAN CARLOS SANCHEZ (301834)
PATTON L. JOHNSON (320631)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>ZYMERGEN INC., et al.,<br><br>                              Defendants. | Case No. 5:21-cv-06028-PCP<br><br>LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4916-3874-4675.v1

1 | Pursuant to Civil Local Rules ("L.R.") 7-11 and 79-5(f), and in accordance with the Amended Stipulated Protective Order (ECF 446) ("Protective Order"), Lead Plaintiff and Class Representative Biao Wang ("Plaintiff") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Lead Plaintiff's Reply in Support of Motion for Reconsideration (the "Sealed Document"), filed concurrently herewith.  This Motion is supported by the Declaration of Daniel J. Pfefferbaum in Support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Pfefferbaum Declaration").  Plaintiff has reviewed and complied with L.R. 79-5(f).

Pursuant to the Protective Order, Plaintiff may not file in the public record the Sealed Document because it references or contain information designated as CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Zymergen, Inc. and/or the other Defendants (the "Designating Parties") under the Protective Order.  Plaintiff seeks to file under seal the Sealed Document that reference information that has been so designated by the Designating Parties.  Pursuant to L.R. 7-11 and 79-5(f), an unredacted copy of the Sealed Document is attached to the Pfefferbaum Declaration.  The Sealed Document will be submitted conditionally under seal with this Motion.  The Sealed Document will be concurrently served on counsel for the Designating Parties.

DATED: August 27, 2025

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
ALEX N. JILIZIAN (362307)

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  |                                                              |
| 2  | Post Montgomery Center                                       |
|    | One Montgomery Street, Suite 1800                            |
| 3  | San Francisco, CA  94104                                     |
|    | Telephone: 415/288-4545                                      |
| 4  | 415/288-4534 (fax)                                           |
|    | shawnw@rgrdlaw.com                                           |
| 5  | dpfefferbaum@rgrdlaw.com                                     |
|    | ajilizian@rgrdlaw.com                                        |
| 6  |                                                              |
| 7  | ROBBINS GELLER RUDMAN & DOWD LLP                             |
|    | PATTON L. JOHNSON                                            |
| 8  | JUAN CARLOS SANCHEZ                                          |
|    | 655 West Broadway, Suite 1900                                |
| 9  | San Diego, CA  92101                                         |
|    | Telephone: 619/231-1058                                      |
| 10 | 619/231-7423 (fax)                                           |
|    | jsanchez@rgrdlaw.com                                         |
| 11 | pjohnson@rgrdlaw.com                                         |
| 12 | Counsel for Plaintiffs                                       |
| 13 |                                                              |
|    | BERMAN TABACCO                                               |
| 14 | NICOLE LAVALLEE (SBN 165755)                                 |
|    | KRISTIN J. MOODY (SBN 206326)                                |
| 15 | JEFFREY V. ROCHA (SBN 304852)                                |
|    | 425 California Street, Suite 2300                            |
| 16 | San Francisco, CA  94104                                     |
|    | Telephone: 415/433-3200                                      |
| 17 | 415/433-6382 (fax)                                           |
|    | nlavallee@bermantabacco.com                                  |
| 18 | kmoody@bermantabacco.com                                     |
|    | jrocha@bermantabacco.com                                     |
| 19 |                                                              |
| 20 | BERMAN TABACCO                                               |
|    | LESLIE R. STERN                                              |
| 21 | PATRICK T. EGAN                                              |
|    | One Liberty Square                                           |
| 22 | Boston, MA  02109                                            |
|    | Telephone: 617/542-8300                                      |
| 23 | 617/542-1194 (fax)                                           |
|    | lstern@bermantabacco.com                                     |
| 24 | pegan@bermantabacco.com                                      |
| 25 |                                                              |
| 26 | Counsel for Plaintiff West Palm Beach                        |
|    | Firefighters' Pension Fund                                   |
| 27 |                                                              |
| 28 |                                                              |

LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED - 5:21-cv-06028-PCP
4916-3874-4675.v1

- 2 -

| | |
|---|---|
| 1 | KLAUSNER, KAUFMAN, JENSEN |
| 2 | & LEVINSON |
|   | ROBERT D. KLAUSNER |
| 3 | BONNI S. JENSEN |
|   | 7080 NW 4th Street |
| 4 | Plantation, FL  33317 |
|   | Telephone:  954/916-1202 |
| 5 | 954/916-1232 (fax) |
|   | bob@robertdklausner.com |
| 6 | bonni@robertdklausner.com |
| 7 | Board Counsel for Plaintiff West Palm Beach |
| 8 | Firefighters' Pension Fund |

LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED - 5:21-cv-06028-PCP
4916-3874-4675.v1

- 3 -