| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 3 | ALEX N. JILIZIAN (362307) |
|   | Post Montgomery Center |
| 4 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 5 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 6 | shawnw@rgrdlaw.com |
|   | dpfefferbaum@rgrdlaw.com |
| 7 | ajilizian@rgrdlaw.com |
|   | – and – |
| 8 | JUAN CARLOS SANCHEZ (301834) |
|   | PATTON L. JOHNSON (320631) |
| 9 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 10 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 11 | jsanchez@rgrdlaw.com |
|   | pjohnson@rgrdlaw.com |
| 12 | |
|   | Counsel for Plaintiffs |
| 13 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>                      Defendants. | Case No. 5:21-cv-06028-PCP<br><br>DECLARATION OF DANIEL J. PFEFFERBAUM IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4905-6651-0435.v1

1     I, DANIEL J PFEFFERBAUM, declare as follows:

2     1.     I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for Lead Plaintiff and Class Representative Biao Wang ("Plaintiff") and the Class in the above-entitled action. I have personal knowledge of the matters stated herein and if called upon could competently testify thereto. This Declaration is made in support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2.     I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in connection with Lead Plaintiff's Reply in Support of Motion for Reconsideration ("Sealed Document").

3.     Pursuant to the Amended Stipulated Protective Order (ECF 446), the document set forth below references or contains information that has been designated as CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

| Document | Reason for Sealing | Designating Party |
|---|---|---|
| Portions of Lead Plaintiff's Reply in Support of Motion for Reconsideration | Designated CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY | All Defendants |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2025, at San Francisco, California.

                                                s/ Daniel J. Pfefferbaum
                                                DANIEL J. PFEFFERBAUM

DECLARATION OF PFEFFERBAUM IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED - 5:21-cv-06028-PCP - 1 -
4905-6651-0435.v1