UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIAO WANG,                      ,

        Plaintiff(s),

    v.

ZYMERGEN INC., ZYM LIQ   ,

        Defendant(s).

Case No. 5:21-cv-6028-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Trevor J. Welch, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ZYM Liquidating Trust in the above-entitled action. My local co-counsel in this case is Lyn R. Agre, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 178218.

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
MY ADDRESS OF RECORD

580 California Street, Suite 1420
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-970-1600
MY TELEPHONE # OF RECORD

415-599-0880
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

twelch@glennagre.com
MY EMAIL ADDRESS OF RECORD

lagre@glennagre.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2941722.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: __10/1/2025_____              __Trevor J. Welch_____
                                                          APPLICANT

6  =========================================================================

8                    ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

11       IT IS HEREBY ORDERED THAT the application of _Trevor J. Welch_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

17                       _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California