# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated, <br><br>  Plaintiff, <br><br> vs. <br><br> ZYMERGEN INC., et al., <br><br>  Defendant. | Case No. 5:21-cv-06028-PCP <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE OCTOBER 30, 2025 STATUS CONFERENCE, AS MODIFIED** |


1      Pursuant to Local Rules 6-2 and 7-12, Lead Plaintiff and Class Representative Biao Wang,
2 Defendants Josh Hoffman, Enakshi Singh, Steven Chu, Jay T. Flatley, Christine M. Gorjanc,
3 Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma (the
4 "Individual Defendants"), Defendants J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC,
5 Cowen and Company LLC, BofA Securities, Inc., UBS Securities LLC, Lazard Frères & Co. LLC
6 (collectively, the "Underwriter Defendants"), and Defendants True Ventures IV, L.P., True
7 Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True
8 Ventures Select IV, L.P., True Venture Management, L.L.C., SVF Excalibur (Cayman) Limited,
9 SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) L.P., SB Investment
10 Advisers (US) Inc., Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC
11 Management Co., LLC (the "VC Defendants," and together with the Individual Defendants and
12 the Underwriter Defendants, the "Defendants"), hereby stipulate through their respective counsel
13 of record as follows:

14      WHEREAS, on August 4, 2025, the Court issued an Order re: Motions to Stay, Motion to
15 Reopen Discovery, Sealing Motions (ECF No. 590) (the "August 4 Order") that, in relevant part,
16 scheduled a status conference on October 30, 2025 "to discuss the status of the Rule 23(f) petition,
17 the status of discovery, and the future case schedule";

18      WHEREAS, the Court's August 4 Order, in relevant part, granted in part Lead Plaintiff's
19 motion to modify the case schedule to reopen discovery for the limited purpose of permitting Lead
20 Plaintiff to seek reconsideration of Magistrate Judge van Keulen's February 21, 2025 discovery
21 order regarding certain of Zymergen's and the Individual Defendants' privilege assertions (August
22 4 Order at 3-4);

23      WHEREAS, on October 22, 2025, Magistrate Judge van Keulen issued an Order on Lead
24 Plaintiff's Motion for Reconsideration of February 21, 2025 Order re Zymergen Defendants'
25 Privilege Issues (the "Discovery Order") (ECF No. 627), which denied Lead Plaintiff's motion;

26      WHEREAS, Lead Plaintiff is continuing to analyze Magistrate Judge van Keulen's
27 Discovery Order, its impact on the action, and the appropriate next steps in the action;

28

1  WHEREAS, with respect to the status of the VC Defendants' Rule 23(f) appeal, which
2  remains pending before the Ninth Circuit, the VC Defendants filed their opening briefs on October
3  3, 2025, Lead Plaintiff's answering brief is currently due on December 3, 2025, and the VC
4  Defendants' optional reply briefs are due 21 days after service of Lead Plaintiff's answering brief

5  WHEREAS, the parties agree that it would be beneficial to continue the October 30, 2025
6  status conference by approximately three weeks to afford the parties an opportunity to consider
7  and discuss next steps in this action in light of the above-described developments;

8  WHEREAS, the parties have not previously sought to modify the date of the October 30,
9  2025 status conference; and

10  WHEREAS, the proposed continuance of the status conference will not prejudice any
11  parties, require any other modification of the case schedule, or interfere with the efficient
12  resolution of this action, as there currently are no deadlines set for dispositive motions and no trial
13  date is set;

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the
15  undersigned Parties, and respectfully submitted for the Court's approval, as follows:

16  1.  The Status Conference scheduled for October 30, 2025 shall be continued to
17  ~~November 20~~ December 4, 2025 at 1:00 p.m.~~, or the next available date that is convenient for the Court~~.

18  IT IS SO STIPULATED.
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

| | | |
|---|---|---|
| Dated: October 27, 2025 | By | _/s/ Susan S. Muck_ |

KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*pro hac vice*)
peter.kolovos@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526 6000
Facsimile: (617) 526-5000

CHRISTOPHER W. JOHNSTONE (SBN 242152)
chris.johnstone@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Ste 400,
Palo Alto, CA 94306-1719
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma*

| | | |
|---|---|---|
| Dated: October 27, 2025 | By: | _/s/ Amy E. Craig_ |

MILES F. EHRLICH
miles@ehrlich-craig.com
AMY E. CRAIG
amy@ehrlich-craig.com
EMILY E. BERRY
emily@ehrlich-craig.com
ALEXANDER SETZEPFANDT
alex@ehrlich-craig.com
**EHRLICH & CRAIG LLP**
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510/548-3600
510/291-3060 (fax)

*Attorneys for Defendant Josh Hoffman*

| | | |
|---|---|---|
| Dated: October 27, 2025 | By: | */s/ Ryan M. Keats* |

RYAN M. KEATS
rkeats@mofo.com
MICHAEL KOMOROWSKI
mkomorowski@mofo.com
CHRISTINA E. DIEROLF
cdierolf@mofo.com
DAVID J. WIENER
dwiener@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: 415/268-7000
415/268-7522 (fax)

*Attorneys for Defendant Enakshi Singh*

| | | |
|---|---|---|
| Dated: October 27, 2025 | By: | */s/ Joseph E. Floren* |

CHARLENE S. SHIMADA
charlene.shimada@morganlewis.com
JOSEPH E. FLOREN
joseph.floren@morganlewis.com
KEVIN M. PAPAY
kevin.papay@morganlewis.com
ALYSE RIVETT
ali.rivett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MICHAEL L. KICHLINE (*pro hac vice*)
michael.kichline@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000
Fax: +1.215.963.5001

*Attorneys for Defendants J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC*

| | | | |
|---|---|---|---|
| 1 | Dated: October 27, 2025 | By: | /s/ Jonathan A. Shapiro |

JONATHAN A. SHAPIRO (SBN 257199)
JShapiro@goodwinlaw.com
**GOODWIN PROCTER LLP**
525 Market Street
San Francisco, California 94105
Tel. +1 415 733 6000
Fax: +1 415 677 9041

DANIEL ROESER *(Pro Hac Vice)*
DRoeser@goodwinlaw.com
VALERIE A. HAGGANS *(Pro Hac Vice)*
VHaggans@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

*Attorneys for Defendants True Ventures IV, L.P.; True Ventures Select I, L.P.; True Ventures Select II, L.P.; True Ventures Select III, L.P.; True Ventures Select IV, L.P.; and True Venture Management, L.L.C*

Dated: October 27, 2025   By: /s/ Michael D. Celio

MICHAEL D. CELIO
*MCelio@gibsondunn.com*
ZANETA J. KIM
*ZKim@gibsondunn.com*
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: 650/849-5300
650/849-5333 (fax)

MICHAEL J. KAHN
*MJKahn@gibsondunn.com*
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415/393-8200
415/393-8306 (fax)

*Attorneys for Data Collective II, L.P.; DCVC Opportunity Fund, L.P.; and DCVC Management Co., LLC*

| | | |
|---|---|---|
| Dated: October 27, 2025 | By: | */s/ Linda J. Brewer* |

LINDA J. BREWER
*lindabrewer@quinnemanuel.com*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415/875-6600
415/875-6700 (fax)

HARRY A. OLIVAR, JR.
*harryolivar@quinnemanuel.com*
ROBERT E. ALLEN
*robertallen@quinnemanuel.com*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 South Figueroa Street
Los Angeles, CA 90017-5003
Telephone: 415/875-6600
415/875-6700 (fax)

*Attorneys for Defendants SVF Endurance (Cayman) Ltd., SVF Excalibur (Cayman) Ltd., SoftBank Vision Fund (AIV M1) LP and SB Investment Advisers (US) Inc.*

| | | |
|---|---|---|
| Dated: October 27, 2025 | By: | */s/ Shawn A. Williams* |

SHAWN A. WILLIAMS
*Shawnw@rgrdlaw.com*
DANIEL J. PFEFFERBAUM
*DPfefferbaum@rgrdlaw.com*
ALEX N. JILIZIAN
*Ajilizian@rgrdlaw.com*
**ROBBINS GELLER RUDMAN & DOWD LLP**
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

JUAN CARLOS SANCHEZ
*JSanchez@rgrdlaw.com*
PATTON L. JOHNSON
*PJohnson@rgrdlaw.com*
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Attorneys for Lead Plaintiff and the Class*

**BERMAN TABACCO**
NICOLE LAVALLEE (SBN 165755)
KRISTIN J. MOODY (SBN 206326)
CHRISTINA M. SARRAF (SBN 328028)
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)
nlavallee@bermantabacco.com
kmoody@bermantabacco.com
csarraf@bermantabacco.com

**BERMAN TABACCO**
LESLIE R. STERN
PATRICK T. EGAN
One Liberty Square
Boston, MA 02109
Telephone: 617/542-8300
617/542-1194 (fax)
lstern@bermantabacco.com
pegan@bermantabacco.com

*Attorneys for Plaintiff West Palm Beach Firefighters' Pension Fund*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 28, 2025

_____
Honorable P. Casey Pitts
United States District Court Judge