UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>ZYMERGEN INC., et al.,<br><br>        Defendants. | Case No. 5:21-cv-06028-PCP<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS |

4922-5373-5803.v1

The Parties[1] hereby notify the Court that they have reached a settlement in principle of the above-captioned action and submit this Joint Stipulation and [Proposed] Order to Stay Proceedings for approval by the Court:

WHEREAS, on May 29, 2025, the Parties participated in a full-day mediation session with the Honorable Layn R. Phillips (Fmr.), and settlement negotiations continued thereafter;

WHEREAS, on July 31, 2025, the Court issued a Minute Order vacating the deadlines for dispositive motions that had previously been set for August 29, 2025 (ECF 583);

WHEREAS, on August 5, 2025, the Court issued an Order granting the VC Defendants' Motion to Stay as to the VC Defendants, and granting in part Plaintiffs' motion to modify the case schedule to reopen discovery for the limited purpose of permitting Plaintiffs to seek reconsideration of the Magistrate Judge's Order regarding Zymergen's privilege assertions (ECF 590);

WHEREAS, on October 28, 2025, the Court granted (as modified) the Parties' Joint Stipulation to continue the status conference (ECF 631) originally scheduled for October 30, 2025, designating the new status conference date as December 4, 2025;

WHEREAS, on November 5, 2025, Plaintiffs filed a Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (ECF 634) in this Court;

WHEREAS, on November 6, 2025, the Court issued an Order (ECF 635) directing that any responses to the Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge be filed by November 19, 2025, and also specifying that Plaintiffs may reply by November 26, 2025;

---

[1]    The "Parties" are Lead Plaintiff and Class Representative Biao Wang and Named Plaintiff West Palm Beach Firefighters Pension Fund (together, "Plaintiffs"); Defendants Josh Hoffman, Enakshi Singh, Steven Chu, Jay Flatley, Christine Gorjanc, Travis Murdoch, Matthew Ocko, Sandra Peterson, Zach Serber, and Rohit Sharma (together, the "Individual Defendants"), J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC (together, the "Underwriter Defendants"), True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., True Venture Management, L.L.C., SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) L.P., SB Investment Advisers (US) Inc., Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC (together, the "VC Defendants") (collectively, the "Defendants"). Pursuant to §11.7 of the Chapter 11 Plan of Liquidation approved by the United States Bankruptcy Court for the District of Delaware (*see* ECF 563), Zymergen Inc. claims it has no liability for the claims asserted in this action and thus is not a party to the proposed settlement, and it is not a party to this stipulation.

1    WHEREAS, on November 10, 2025, Judge Phillips made a mediator's proposal to resolve

2  this Action for a specified cash payment with the Parties' positions to be provided by November 20,

3  2025;

4    WHEREAS, on November 19, 2025, the ZYM Liquidating Trust filed its Opposition to

5  Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge and certain of

6  the Individual Defendants filed a Joinder thereto (ECF 636, 637);

7    WHEREAS, on November 20, 2025, all Parties accepted Judge Phillips' mediator's proposal

8  subject to the finalization of settlement terms and documentation;

9    WHEREAS, the Parties seek to stay further proceedings and deadlines to conserve resources

10 and permit the Parties to focus on documenting the settlement and seeking preliminary approval of

11 the settlement ("Motion for Preliminary Approval"); and

12    WHEREAS, the Parties have agreed to make best efforts to permit Plaintiffs to file a Motion

13 for Preliminary Approval during January 2026.

14    Accordingly, the Parties stipulate, and request that the Court order, as follows:

15    1.    The case, including all existing deadlines, shall be stayed until further order of this

16 Court, pending the filing of the Motion for Preliminary Approval.

17    2.    The December 4, 2025 status conference shall be vacated.

18    IT IS SO STIPULATED, through counsel of record.

19 DATED: November 25, 2025          ROBBINS GELLER RUDMAN & DOWD LLP
                                     SHAWN A. WILLIAMS
20                                   DANIEL J. PFEFFERBAUM
                                     ALEX N. JILIZIAN
21

22

23                                   s/ Daniel J. Pfefferbaum
                                     ─────────────────────────
                                     DANIEL J. PFEFFERBAUM
24

25

26

27

28

1    Post Montgomery Center
     One Montgomery Street, Suite 1800
2    San Francisco, CA  94104
     Telephone:  415/288-4545
3    415/288-4534 (fax)
     shawnw@rgrdlaw.com
4    dpfefferbaum@rgrdlaw.com
     ajilizian@rgrdlaw.com
5

6    ROBBINS GELLER RUDMAN & DOWD LLP
     JUAN CARLOS SANCHEZ
7    PATTON L. JOHNSON
     655 West Broadway, Suite 1900
8    San Diego, CA  92101
     Telephone:  619/231-1058
9    619/231-7423 (fax)
     jsanchez@rgrdlaw.com
10   pjohnson@rgrdlaw.com

11   Counsel for Plaintiffs

12

13   BERMAN TABACCO
     NICOLE LAVALLEE (SBN 165755)
14   KRISTIN J. MOODY (SBN 206326)
     CHRISTINA M. SARRAF (SBN 328028)
15   425 California Street, Suite 2300
     San Francisco, CA  94104
16   Telephone:  415/433-3200
     415/433-6382 (fax)
17   nlavallee@bermantabacco.com
     kmoody@bermantabacco.com
18   csarraf@bermantabacco.com

19

20   BERMAN TABACCO
     LESLIE R. STERN
21   PATRICK T. EGAN
     One Liberty Square
22   Boston, MA  02109
     Telephone:  617/542-8300
23   617/542-1194 (fax)
     lstern@bermantabacco.com
24   pegan@bermantabacco.com

25   Counsel for Plaintiff West Palm Beach
     Firefighters' Pension Fund
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLAUSNER, KAUFMAN, JENSEN
   & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Board Counsel for Plaintiff West Palm Beach
Firefighters' Pension Fund

DATED: November 25, 2025

WILMER CUTLER PICKERING HALE
   AND DORR LLP
KEVIN P. MUCK
SUSAN S. MUCK

               s/ Kevin P. Muck
              KEVIN P. MUCK

50 California Street, Suite 3600
San Francisco, CA  94111
Telephone:  628/235-1000
628/235-1001 (fax)
kevin.muck@wilmerhale.com
susan.muck@wilmerhale.com

WILMER HALE PICKERING HALE
   AND DORR LLP
PETER J. KOLOVOS
60 State Street
Boston, MA  02109
Telephone:  617/526-6000
617/526-5000 (fax)
peter.kolovos@wilmerhale.com

WILMER HALE PICKERING HALE
  AND DORR LLP
CHRISTOPHER W. JOHNSTONE
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  650/858-6000
650/858-6100 (fax)
chris.johnstone@wilmerhale.com

Attorneys for Defendants Steven Chu, Jay T.
Flatley, Christine M. Gorjanc, Travis Murdoch,
Matthew A. Ocko, Sandra E. Peterson, Zach
Serber, and Rohit Sharma

DATED: November 25, 2025          EHRLICH & CRAIG LLP
                                 MILES F. EHRLICH
                                 AMY E. CRAIG
                                 EMILY E. BERRY
                                 ALEXANDER SETZEPFANDT


                                        s/ Amy E. Craig
                                       AMY E. CRAIG

                                 803 Hearst Avenue
                                 Berkeley, CA  94710
                                 Telephone:  510/548-3600
                                 510/291-3060 (fax)
                                 miles@ehrlich-craig.com
                                 amy@ehrlich-craig.com
                                 emily@ehrlich-craig.com
                                 alex@ehrlich-craig.com

                                 Attorneys for Defendant Josh Hoffman

DATED: November 25, 2025          MORRISON & FOERSTER LLP
                                 RYAN M. KEATS
                                 DAVID J. WIENER
                                 MICHAEL KOMOROWSKI
                                 CHRISTINA E. DIEROLF


                                        s/ Ryan M. Keats
                                       RYAN M. KEATS

425 Market Street
San Francisco, CA  94105
Telephone:  415/268-7000
415/268-7522 (fax)
rkeats@mofo.com
dwiener@mofo.com
mkomorowski@mofo.com
cdierolf@mofo.com

Attorneys for Defendant Enakshi Singh

DATED: November 25, 2025

MORGAN, LEWIS & BOCKIUS LLP
CHARLENE S. SHIMADA
JOSEPH E. FLOREN
KEVIN M. PAPAY
ALYSE RIVETT


                                   s/ Charlene S. Shimada
                                   CHARLENE S. SHIMADA

One Market, Spear Street Tower, 28th Floor
San Francisco, CA  94105
Telephone:  415/442-1000
415/442-1001 (fax)
charlene.shimada@morganlewis.com
joseph.floren@morganlewis.com
kevin.papay@morganlewis.com
ali.rivett@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL L. KICHLINE
2222 Market Street
Philadelphia, PA  19103
Telephone:  215/963-5000
215/963-5001 (fax)
michael.kichline@morganlewis.com

Attorneys for Defendants J.P. Morgan Securities
LLC, Goldman Sachs & Co. LLC, Cowen and
Company LLC, BofA Securities, Inc., UBS
Securities LLC, and Lazard Frères & Co. LLC

1  DATED: November 25, 2025                    GOODWIN PROCTER LLP
                                               DANIEL ROESER
2                                              VALERIE A. HAGGANS

3

4                                              _____
                                                      s/ Valerie A. Haggans
5                                              VALERIE A. HAGGANS

6                                              The New York Times Building
                                               620 Eighth Avenue
7                                              New York, NY  10018
                                               Telephone:  212/813-8800
8                                              213/355-3333 (fax)
                                               droeser@goodwinlaw.com
9                                              vhaggans@goodwinlaw.com

10                                             GOODWIN PROCTER LLP
                                               JONATHAN A. SHAPIRO
11                                             525 Market Street
                                               San Francisco, CA  94105
12                                             Telephone:  415/733-6000
                                               415/677-9041 (fax)
13                                             jshapiro@goodwinlaw.com

14
                                               Attorneys for Defendants True Ventures IV, L.P.,
15                                             True Ventures Select I, L.P., True Ventures
                                               Select II, L.P., True Ventures Select III, L.P.,
16                                             True Ventures Select IV, L.P., and True Venture
                                               Management, L.L.C.
17

18  DATED: November 25, 2025                   GIBSON, DUNN & CRUTCHER LLP
                                               MICHAEL D. CELIO
19                                             ZANETA J. KIM

20

21                                             _____
                                                      s/ Michael D. Celio
22                                             MICHAEL D. CELIO

23                                             310 University Avenue
                                               Palo Alto, CA  94301
24                                             Telephone:  650/849-5300
                                               650/849-5333 (fax)
25                                             mcelio@gibsondunn.com
                                               zkim@gibsondunn.com
26

27

28

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  415/393-8200
415/393-8306 (fax)
mjkahn@gibsondunn.com

Attorneys for Defendants Data Collective II, L.P., DCVC Opportunity Fund, LP., and DCVC Management Co., LLC

DATED: November 25, 2025

QUINN EMANUEL URQUHART & SULLIVAN LLP
LINDA J. BREWER

_s/ Linda J. Brewer_
LINDA J. BREWER

50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  415/875-6600
415/875-6700 (fax)
lindabrewer@quinnemanuel.com

1    QUINN EMANUEL URQUHART &
         SULLIVAN LLP
2    HARRY A. OLIVAR, JR.
3    ROBERT E. ALLEN
     865 South Figueroa Street
4    Los Angeles, CA 90017
     Telephone: 213/443-3000
5    213/443-3100 (fax)
     harryolivar@quinnemanuel.com
6    robertallen@quinnemanuel.com

7    Attorneys for Defendants SVF Endurance
     (Cayman) Ltd., SVF Excalibur (Cayman) Ltd.,
8    SoftBank Vision Fund (AIV M1) LP, and SB
9    Investment Advisers (US) Inc.

10

11                              *        *        *

12                         **O R D E R**

13        IT IS SO ORDERED.

14  DATED: _____      _____
                                        THE HONORABLE P. CASEY PITTS
15                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

2   I, Daniel J. Pfefferbaum, am the ECF User whose identification and password are being used

3   to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the

4   document has been obtained from each of the other signatories.

5   Dated: November 25, 2025

6                                                      s/ Daniel J. Pfefferbaum
                                                      _____
7                                                      DANIEL J. PFEFFERBAUM

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28