UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BIAO WANG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

ZYMERGEN INC., et al.,

Defendants.

Case No. 5:21-cv-06028-PCP

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY PROCEEDINGS

The Parties[1] hereby notify the Court that they have reached a settlement in principle of the above-captioned action and submit this Joint Stipulation and [Proposed] Order to Stay Proceedings for approval by the Court:

WHEREAS, on May 29, 2025, the Parties participated in a full-day mediation session with the Honorable Layn R. Phillips (Fmr.), and settlement negotiations continued thereafter;

WHEREAS, on July 31, 2025, the Court issued a Minute Order vacating the deadlines for dispositive motions that had previously been set for August 29, 2025 (ECF 583);

WHEREAS, on August 5, 2025, the Court issued an Order granting the VC Defendants' Motion to Stay as to the VC Defendants, and granting in part Plaintiffs' motion to modify the case schedule to reopen discovery for the limited purpose of permitting Plaintiffs to seek reconsideration of the Magistrate Judge's Order regarding Zymergen's privilege assertions (ECF 590);

WHEREAS, on October 28, 2025, the Court granted (as modified) the Parties' Joint Stipulation to continue the status conference (ECF 631) originally scheduled for October 30, 2025, designating the new status conference date as December 4, 2025;

WHEREAS, on November 5, 2025, Plaintiffs filed a Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (ECF 634) in this Court;

WHEREAS, on November 6, 2025, the Court issued an Order (ECF 635) directing that any responses to the Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge be filed by November 19, 2025, and also specifying that Plaintiffs may reply by November 26, 2025;

---

[1] The "Parties" are Lead Plaintiff and Class Representative Biao Wang and Named Plaintiff West Palm Beach Firefighters Pension Fund (together, "Plaintiffs"); Defendants Josh Hoffman, Enakshi Singh, Steven Chu, Jay Flatley, Christine Gorjanc, Travis Murdoch, Matthew Ocko, Sandra Peterson, Zach Serber, and Rohit Sharma (together, the "Individual Defendants"), J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC (together, the "Underwriter Defendants"), True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., True Venture Management, L.L.C., SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) L.P., SB Investment Advisers (US) Inc., Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC (together, the "VC Defendants") (collectively, the "Defendants"). Pursuant to §11.7 of the Chapter 11 Plan of Liquidation approved by the United States Bankruptcy Court for the District of Delaware (*see* ECF 563), Zymergen Inc. claims it has no liability for the claims asserted in this action and thus is not a party to the proposed settlement, and it is not a party to this stipulation.

WHEREAS, on November 10, 2025, Judge Phillips made a mediator's proposal to resolve this Action for a specified cash payment with the Parties' positions to be provided by November 20, 2025;

WHEREAS, on November 19, 2025, the ZYM Liquidating Trust filed its Opposition to Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge and certain of the Individual Defendants filed a Joinder thereto (ECF 636, 637);

WHEREAS, on November 20, 2025, all Parties accepted Judge Phillips' mediator's proposal subject to the finalization of settlement terms and documentation;

WHEREAS, the Parties seek to stay further proceedings and deadlines to conserve resources and permit the Parties to focus on documenting the settlement and seeking preliminary approval of the settlement ("Motion for Preliminary Approval"); and

WHEREAS, the Parties have agreed to make best efforts to permit Plaintiffs to file a Motion for Preliminary Approval during January 2026.

Accordingly, the Parties stipulate, and request that the Court order, as follows:

1. The case, including all existing deadlines, shall be stayed until further order of this Court, pending the filing of the Motion for Preliminary Approval.

2. The December 4, 2025 status conference shall be vacated.

IT IS SO STIPULATED, through counsel of record.

DATED: November 25, 2025

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
ALEX N. JILIZIAN

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
ajilizian@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
JUAN CARLOS SANCHEZ
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

BERMAN TABACCO
NICOLE LAVALLEE (SBN 165755)
KRISTIN J. MOODY (SBN 206326)
CHRISTINA M. SARRAF (SBN 328028)
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: 415/433-3200
415/433-6382 (fax)
nlavallee@bermantabacco.com
kmoody@bermantabacco.com
csarraf@bermantabacco.com

BERMAN TABACCO
LESLIE R. STERN
PATRICK T. EGAN
One Liberty Square
Boston, MA 02109
Telephone: 617/542-8300
617/542-1194 (fax)
lstern@bermantabacco.com
pegan@bermantabacco.com

Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund

KLAUSNER, KAUFMAN, JENSEN
& LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL 33317
Telephone: 954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Board Counsel for Plaintiff West Palm Beach Firefighters' Pension Fund

DATED: November 25, 2025

WILMER CUTLER PICKERING HALE
AND DORR LLP
KEVIN P. MUCK
SUSAN S. MUCK

s/ Kevin P. Muck
KEVIN P. MUCK

50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: 628/235-1000
628/235-1001 (fax)
kevin.muck@wilmerhale.com
susan.muck@wilmerhale.com

WILMER HALE PICKERING HALE
AND DORR LLP
PETER J. KOLOVOS
60 State Street
Boston, MA 02109
Telephone: 617/526-6000
617/526-5000 (fax)
peter.kolovos@wilmerhale.com

WILMER HALE PICKERING HALE
AND DORR LLP
CHRISTOPHER W. JOHNSTONE
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650/858-6000
650/858-6100 (fax)
chris.johnstone@wilmerhale.com

Attorneys for Defendants Steven Chu, Jay T. Flatley, Christine M. Gorjanc, Travis Murdoch, Matthew A. Ocko, Sandra E. Peterson, Zach Serber, and Rohit Sharma

DATED: November 25, 2025

EHRLICH & CRAIG LLP
MILES F. EHRLICH
AMY E. CRAIG
EMILY E. BERRY
ALEXANDER SETZEPFANDT

s/ Amy E. Craig
AMY E. CRAIG

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510/548-3600
510/291-3060 (fax)
miles@ehrlich-craig.com
amy@ehrlich-craig.com
emily@ehrlich-craig.com
alex@ehrlich-craig.com

Attorneys for Defendant Josh Hoffman

DATED: November 25, 2025

MORRISON & FOERSTER LLP
RYAN M. KEATS
DAVID J. WIENER
MICHAEL KOMOROWSKI
CHRISTINA E. DIEROLF

s/ Ryan M. Keats
RYAN M. KEATS

425 Market Street
San Francisco, CA 94105
Telephone: 415/268-7000
415/268-7522 (fax)
rkeats@mofo.com
dwiener@mofo.com
mkomorowski@mofo.com
cdierolf@mofo.com

Attorneys for Defendant Enakshi Singh

DATED: November 25, 2025

MORGAN, LEWIS & BOCKIUS LLP
CHARLENE S. SHIMADA
JOSEPH E. FLOREN
KEVIN M. PAPAY
ALYSE RIVETT

s/ Charlene S. Shimada
CHARLENE S. SHIMADA

One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105
Telephone: 415/442-1000
415/442-1001 (fax)
charlene.shimada@morganlewis.com
joseph.floren@morganlewis.com
kevin.papay@morganlewis.com
ali.rivett@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL L. KICHLINE
2222 Market Street
Philadelphia, PA 19103
Telephone: 215/963-5000
215/963-5001 (fax)
michael.kichline@morganlewis.com

Attorneys for Defendants J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC

DATED: November 25, 2025

GOODWIN PROCTER LLP
DANIEL ROESER
VALERIE A. HAGGANS

s/ Valerie A. Haggans
VALERIE A. HAGGANS

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212/813-8800
213/355-3333 (fax)
droeser@goodwinlaw.com
vhaggans@goodwinlaw.com

GOODWIN PROCTER LLP
JONATHAN A. SHAPIRO
525 Market Street
San Francisco, CA 94105
Telephone: 415/733-6000
415/677-9041 (fax)
jshapiro@goodwinlaw.com

Attorneys for Defendants True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., and True Venture Management, L.L.C.

DATED: November 25, 2025

GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO
ZANETA J. KIM

s/ Michael D. Celio
MICHAEL D. CELIO

310 University Avenue
Palo Alto, CA 94301
Telephone: 650/849-5300
650/849-5333 (fax)
mcelio@gibsondunn.com
zkim@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415/393-8200
415/393-8306 (fax)
mjkahn@gibsondunn.com

Attorneys for Defendants Data Collective II, L.P., DCVC Opportunity Fund, LP., and DCVC Management Co., LLC

DATED: November 25, 2025

QUINN EMANUEL URQUHART & SULLIVAN LLP
LINDA J. BREWER

s/ Linda J. Brewer
LINDA J. BREWER

50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415/875-6600
415/875-6700 (fax)
lindabrewer@quinnemanuel.com

QUINN EMANUEL URQUHART &
SULLIVAN LLP
HARRY A. OLIVAR, JR.
ROBERT E. ALLEN
865 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213/443-3000
213/443-3100 (fax)
harryolivar@quinnemanuel.com
robertallen@quinnemanuel.com

Attorneys for Defendants SVF Endurance (Cayman) Ltd., SVF Excalibur (Cayman) Ltd., SoftBank Vision Fund (AIV M1) LP, and SB Investment Advisers (US) Inc.

* * *

**ORDER**

IT IS SO ORDERED.

DATED: November 26, 2025

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE