UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIAO WANG, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 5:21-cv-06028-PCP |
| Plaintiff, ) ) ) | JOINT NOTICE RE: STATUS OF SETTLEMENT |
| vs. ) ) | |
| ZYMERGEN INC., et al., ) ) | |
| Defendants. ) ) | |

4912-5224-0784.v1

The Parties[1] hereby provide the Court with an update on their agreement to settle the claims alleged in the above-referenced action and submission of Lead Plaintiff's motion for preliminary approval of settlement.  As the Parties previously informed the Court, on November 20, 2025, all Parties accepted a mediator's proposal made by the Hon. Lay Phillps (Ret.) to settle this action for a cash payment subject to the finalization of settlement documentation.  ECF 638-639.  The Parties also informed the Court they expected settlement documentation would be finalized and that Lead Plaintiff would file a Motion for Preliminary Approval in January 2026. *Id.*

As the expected time for Lead Plaintiff to file his motion for preliminary approval has passed, the Parties hereby provide notice to the Court that they continue to engage in good-faith efforts to finalize the Stipulation of Settlement and Lead Plaintiff expects to file the motion no later than March 20, 2026.

DATED: February 19, 2026

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
ALEX N. JILIZIAN

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
ajilizian@rgrdlaw.com

[1]     The "Parties" are Lead Plaintiff and Class Representative Biao Wang and Named Plaintiff West Palm Beach Firefighters Pension Fund; Defendants Josh Hoffman, Enakshi Singh, Steven Chu, Jay Flatley, Christine Gorjanc, Travis Murdoch, Matthew Ocko, Sandra Peterson, Zach Serber, and Rohit Sharma, J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Cowen and Company, LLC, BofA Securities, Inc., UBS Securities LLC, and Lazard Frères & Co. LLC, True Ventures IV, L.P., True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P., True Ventures Select IV, L.P., True Venture Management, L.L.C., SVF Excalibur (Cayman) Limited, SVF Endurance (Cayman) Limited, SoftBank Vision Fund (AIV M1) L.P., SB Investment Advisers (US) Inc., Data Collective II, L.P., DCVC Opportunity Fund, L.P., and DCVC Management Co, LLC.

ROBBINS GELLER RUDMAN & DOWD LLP
JUAN CARLOS SANCHEZ
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
pjohnson@rgrdlaw.com

Counsel for Plaintiffs

BERMAN TABACCO
NICOLE LAVALLEE (SBN 165755)
KRISTIN J. MOODY (SBN 206326)
CHRISTINA M. SARRAF (SBN 328028)
425 California Street, Suite 2300
San Francisco, CA  94104
Telephone:  415/433-3200
415/433-6382 (fax)
nlavallee@bermantabacco.com
kmoody@bermantabacco.com
csarraf@bermantabacco.com

BERMAN TABACCO
LESLIE R. STERN
PATRICK T. EGAN
One Liberty Square
Boston, MA  02109
Telephone:  617/542-8300
617/542-1194 (fax)
lstern@bermantabacco.com
pegan@bermantabacco.com

Counsel for Plaintiff West Palm Beach
Firefighters' Pension Fund

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
BONNI S. JENSEN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
bonni@robertdklausner.com

Board Counsel for Plaintiff West Palm Beach
Firefighters' Pension Fund

DATED: February 19, 2026      WILMER CUTLER PICKERING HALE
      AND DORR LLP
      CHRISTOPHER W. JOHNSTONE


      s/ Christopher W. Johnstone
      CHRISTOPHER W. JOHNSTONE

2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  650/858-6000
650/858-6100 (fax)
chris.johnstone@wilmerhale.com

WILMER HALE PICKERING HALE
  AND DORR LLP
PETER J. KOLOVOS
60 State Street
Boston, MA  02109
Telephone:  617/526-6000
617/526-5000 (fax)
peter.kolovos@wilmerhale.com

Attorneys for Defendants Steven Chu, Jay T.
Flatley, Christine M. Gorjanc, Travis Murdoch,
Matthew A. Ocko, Sandra E. Peterson, Zach
Serber, and Rohit Sharma

DATED: February 19, 2026

EHRLICH & CRAIG LLP
MILES F. EHRLICH
AMY E. CRAIG
EMILY E. BERRY
ALEXANDER SETZEPFANDT

_s/ Amy E. Craig_
AMY E. CRAIG

803 Hearst Avenue
Berkeley, CA  94710
Telephone:  510/548-3600
510/291-3060 (fax)
miles@ehrlich-craig.com
amy@ehrlich-craig.com
emily@ehrlich-craig.com
alex@ehrlich-craig.com

Attorneys for Defendant Josh Hoffman

DATED: February 19, 2026

MORRISON & FOERSTER LLP
RYAN M. KEATS
DAVID J. WIENER
MICHAEL KOMOROWSKI
CHRISTINA E. DIEROLF

_s/ Ryan M. Keats_
RYAN M. KEATS

425 Market Street
San Francisco, CA  94105
Telephone:  415/268-7000
415/268-7522 (fax)
rkeats@mofo.com
dwiener@mofo.com
mkomorowski@mofo.com
cdierolf@mofo.com

Attorneys for Defendant Enakshi Singh

DATED: February 19, 2026                    MORGAN, LEWIS & BOCKIUS LLP
                                            CHARLENE S. SHIMADA
                                            JOSEPH E. FLOREN
                                            KEVIN M. PAPAY
                                            ALYSE RIVETT


                                                    s/ Charlene S. Shimada
                                            CHARLENE S. SHIMADA

                                            600 Montgomery Street, Suite 2300
                                            San Francisco, CA  94111
                                            Telephone:  415/442-1000
                                            415/442-1001 (fax)
                                            charlene.shimada@morganlewis.com
                                            joseph.floren@morganlewis.com
                                            kevin.papay@morganlewis.com
                                            ali.rivett@morganlewis.com

                                            MORGAN, LEWIS & BOCKIUS LLP
                                            MICHAEL L. KICHLINE
                                            2222 Market Street
                                            Philadelphia, PA  19103
                                            Telephone:  215/963-5000
                                            215/963-5001 (fax)
                                            michael.kichline@morganlewis.com

                                            Attorneys for Defendants J.P. Morgan Securities
                                            LLC, Goldman Sachs & Co. LLC, Cowen and
                                            Company LLC, BofA Securities, Inc., UBS
                                            Securities LLC, and Lazard Frères & Co. LLC

DATED: February 19, 2026                    GOODWIN PROCTER LLP
                                            DANIEL ROESER
                                            VALERIE A. HAGGANS


                                                    s/ Valeria A. Haggans
                                            VALERIE A. HAGGANS

                                            The New York Times Building
                                            620 Eighth Avenue
                                            New York, NY  10018
                                            Telephone:  212/813-8800
                                            213/355-3333 (fax)
                                            droeser@goodwinlaw.com
                                            vhaggans@goodwinlaw.com

GOODWIN PROCTER LLP
JONATHAN A. SHAPIRO
525 Market Street
San Francisco, CA  94105
Telephone:  415/733-6000
415/677-9041 (fax)
jshapiro@goodwinlaw.com

Attorneys for Defendants True Ventures IV,
L.P., True Ventures Select I, L.P., True Ventures
Select II, L.P., True Ventures Select III, L.P.,
True Ventures Select IV, L.P., and True Venture
Management, L.L.C.

DATED: February 19, 2026

GIBSON, DUNN & CRUTCHER LLP
MICHAEL D. CELIO
ZANETA J. KIM


s/ Michael D. Celio
MICHAEL D. CELIO

310 University Avenue
Palo Alto, CA  94301
Telephone:  650/849-5300
650/849-5333 (fax)
mcelio@gibsondunn.com
zkim@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
MICHAEL J. KAHN
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  415/393-8200
415/393-8306 (fax)
mjkahn@gibsondunn.com

Attorneys for Defendants Data Collective II,
L.P., DCVC Opportunity Fund, LP., and DCVC
Management Co., LLC

DATED: February 19, 2026

QUINN EMANUEL URQUHART &
  SULLIVAN LLP
LINDA J. BREWER


      s/ Linda J. Brewer
    LINDA J. BREWER

50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  415/875-6600
415/875-6700 (fax)
lindabrewer@quinnemanuel.com

QUINN EMANUEL URQUHART &
  SULLIVAN LLP
HARRY A. OLIVAR, JR.
ROBERT E. ALLEN
865 South Figueroa Street
Los Angeles, CA  90017
Telephone:  213/443-3000
213/443-3100 (fax)
harryolivar@quinnemanuel.com
robertallen@quinnemanuel.com

Attorneys for Defendants SVF Endurance
(Cayman) Ltd., SVF Excalibur (Cayman) Ltd.,
SoftBank Vision Fund (AIV M1) LP, and SB
Investment Advisers (US) Inc.

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Daniel J. Pfefferbaum, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 19, 2026

_____
s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM