UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BIAO WANG,

Plaintiff - Appellee,

v.

DATA COLLECTIVE II, LP; et al.,

Defendants - Appellants.

No. 25-3857

D.C. No.
5:21-cv-06028-PCP
Northern District of California,
San Jose

ORDER

This appeal was administratively closed. The appeal is reopened.

Pursuant to the stipulation of the parties (Docket Entry No. 35), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator